UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JAMES CELESTE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INTRUSION INC., JACK BLOUNT, and B. FRANKLIN BYRD,<br><br>Defendants. | § CIVIL ACTION NO. 4:21-cv-00307-SDJ<br>§<br>§ **NOTICE OF MOTION AND MOTION OF**<br>§ **MOVANT ANDREW BRONSTEIN FOR**<br>§ **CONSOLIDATION OF RELATED CASES,**<br>§ **APPOINTMENT AS LEAD PLAINTIFF**<br>§ **AND APPROVAL OF LEAD PLAINTIFF'S**<br>§ **SELECTION OF COUNSEL**<br>§<br>§ CLASS ACTION<br>§<br>§<br>§ |
| GEORGE NEELY and JOAN NEELY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INTRUSION INC., JACK BLOUNT, and B. FRANKLIN BYRD,<br><br>Defendants. | § CIVIL ACTION NO. 4:21-cv-00374-SDJ<br>§<br>§ CLASS ACTION<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

Movant Andrew Bronstein ("Movant"), through counsel, hereby moves the Court pursuant to Section 21D of the Securities and Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an order:

(a)     consolidating the above-captioned related actions;

(b)     appointing Movant as Lead Plaintiff in this action; and

**MOTION OF MOVANT ANDREW BRONSTEIN FOR CONSOLIDATION OF RELATED CASES, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL** – Page 1

(c)        approving Movant's selection of The Rosen Law Firm P.A. as Lead Counsel and

Steckler Wayne Cochran Cherry, PLLC as Liaison Counsel for the litigation and

all subsequently filed related litigations.

In support of this Motion, Movant submits: (1) a Memorandum of Law dated June 15, 2021; (2) Appendix Accompanying Movant's Motion, dated June 15, 2021; and (3) a [Proposed] Order Consolidating the Related Cases, Appointing Movant as Lead Plaintiff, and Approving Movant's Selection of Counsel.

### CERTIFICATE OF CONFERENCE

Local Rule CV-7(h) requires a conference of counsel prior to filing motions. Due to the PSLRA's lead plaintiff procedure, however, Movant does not yet know which other entities or persons plan to move for appointment as lead plaintiff until after all the movants have filed their respective motions. Under these circumstances, Movant respectfully requests that the conferral requirement of Local Rule CV-7(h) be waived.

Dated: June 15, 2021                    Respectfully submitted,

**STECKLER WAYNE COCHRAN CHERRY, PLLC**
*/s/ Stuart L. Cochran*
Stuart L. Cochran
Texas Bar No.: 24027936
Braden M. Wayne
Texas Bar No.: 24075247
12720 Hillcrest Rd., Suite 1045
Dallas, Texas 75230
T: 972-387-4040
F: 972-387-4041
stuart@swclaw.com
braden@swclaw.com

*[Proposed] Liaison Counsel for
Movant and the Class*

**MOTION OF MOVANT ANDREW BRONSTEIN FOR CONSOLIDATION OF RELATED CASES, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL** – Page 2

**THE ROSEN LAW FIRM, P.A.**
Laurence Rosen, Esq. (pro hac vice to be filed)
Phillip Kim, Esq. (pro hac vice to be filed)
275 Madison Avenue, 40th Floor
New York, NY 10116
Phone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com

*[Proposed] Lead Counsel for Movant and Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of June 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.


                                        */s/ Stuart L. Cochran*
                                        Stuart L. Cochran