# EXHIBIT 3

**Intrusion Inc. Loss Chart**
**Class Period: January 13, 2021 through April 13, 2021**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price $14.9712 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Andrew Bronstein** | | | | | | | | | | | | |
| Account 1 | 1/13/2021 | 500 | ($22.7400) | ($11,370.00) | | | | | | | | |
| | 1/13/2021 | 500 | ($22.9161) | ($11,458.05) | | | | | | | | |
| | 1/13/2021 | 500 | ($20.6300) | ($10,315.00) | | | | | | | | |
| | 1/14/2021 | 58 | ($24.9700) | ($1,448.26) | | | | | | | | |
| | 1/14/2021 | 900 | ($24.9700) | ($22,473.00) | | | | | | | | |
| | 1/14/2021 | 42 | ($24.9700) | ($1,048.74) | | | | | | | | |
| | 1/14/2021 | 1,000 | ($25.4799) | ($25,479.90) | | | | | | | | |
| | 3/1/2021 | 250 | ($23.1050) | ($5,776.25) | | | | | | | | |
| | 3/3/2021 | 500 | ($19.8100) | ($9,905.00) | | | | | | | | |
| | 3/4/2021 | 168 | ($18.9401) | ($3,181.94) | | | | | | | | |
| | 3/4/2021 | 52 | ($19.0000) | ($988.00) | | | | | | | | |
| | 3/4/2021 | 100 | ($19.0000) | ($1,900.00) | | | | | | | | |
| | 3/4/2021 | 100 | ($19.0000) | ($1,900.00) | | | | | | | | |
| | 3/4/2021 | 80 | ($19.0000) | ($1,520.00) | | | | | | | | |
| | 3/4/2021 | 500 | ($18.4985) | ($9,249.25) | | | | | | | | |
| | 3/8/2021 | 69 | ($18.5500) | ($1,279.95) | | | | | | | | |
| | 3/8/2021 | 20 | ($18.5500) | ($371.00) | | | | | | | | |
| | 3/8/2021 | 211 | ($18.5500) | ($3,914.05) | | | | | | | | |
| | 3/31/2021 | 600 | ($23.1100) | ($13,866.00) | | | | | | | | |
| | 4/12/2021 | 391 | ($23.9300) | ($9,356.63) | | | | | | | | |
| | 4/12/2021 | 509 | ($23.9300) | ($12,180.37) | | | | | | | | |
| | 4/12/2021 | 700 | ($23.5171) | ($16,461.97) | | | | | | | | |
| | | 7,750 | | ($175,443.36) | | 0 | | | 7,750 | $116,026.49 | ($59,416.87) | |
| Account 2 | 1/13/2021 | 500 | ($20.6830) | ($10,341.50) | | | | | | | | |
| | 1/14/2021 | 278 | ($24.2076) | ($6,729.71) | | | | | | | | |
| | 1/14/2021 | 722 | ($24.2314) | ($17,495.07) | | | | | | | | |
| | 1/27/2021 | 589 | ($20.6600) | ($12,168.74) | | | | | | | | |
| | 1/27/2021 | 11 | ($20.6600) | ($227.26) | | | | | | | | |
| | | 2,100 | | ($46,962.28) | | 0 | | | 2,100 | $31,439.44 | ($15,522.85) | |
| **TOTAL** | | **9,850** | | **($222,405.64)** | | | | | **9,850** | **$147,465.93** | **($74,939.71)** | |