# Exhibit 5



### STECKLER WAYNE COCHRAN CHERRY PLLC FIRM RESUME

**STECKLER WAYNE COCHRAN CHERRY PLLC** ("SWCC"), with offices in Dallas, Texas and Waco, Texas, specializes in complex commercial litigation, class actions, construction defects, catastrophic personal injury claims, mass actions, employment litigation, and consumer cases across the country. The firm handles national cases that present cutting edge issues and its attorneys have extensive trial and arbitration experience in a variety of cases, including securities fraud and *qui tam* actions under the False Claims Act.  The attorneys at SWCC understand how to litigate difficult and large cases in an efficient and cost-effective manner, and they have used these skills to obtain outstanding results for their clients. SWCC attorneys are recognized in their field for excellence and integrity, and are committed to seeking justice for their clients. Its lawyers are admitted in various state and federal jurisdictions across the United States, including in Texas, New York, Pennsylvania, California, Louisiana, Missouri, Oklahoma, and Illinois.  The firm's lawyers collectively have more than a century of experience handling complex litigation.

**Bruce W. Steckler** has been appointed to leadership positions in multiple significant complex litigations throughout the United States, including:

- *In re Fresenius Granuflo/Naturalyte Dialysate Products Liability Litigation,* MDL 2428 (District of Massachusetts);
- *In re Ford Fusion and C-Max Fuel Economy Litigation,* No. 13-MD2450 (S.D.N.Y.);
- *In re Bank Overdraft Fee Litigation,* MDL 2036 (S.D. Fla.);
- *In re Chinese Drywall Litigation,* MDL 2047 (E.D. La.);
- *In re Easy Saver Rewards Litigation* (S.D. Ca.); and
- *State of Texas Silica Litigation MDL.*

Mr. Steckler was a co-finalist for the "Trial Lawyer of the Year" award in 2012 for his work representing small businesses and individuals against America's largest banks, including Bank of America and JP Morgan Chase, which produced a combined benefit of over $1 billion for the various classes.  Mr. Steckler's legal acumen has won him recognition by D Magazine's "Best Lawyers under 40", D Magazine's "Best Lawyers" in 2009 through 2019, and Thompson Reuters as a "Texas Super Lawyer" in 2004 through 2019. Mr. Steckler enjoys an "AV Preeminent" rating by Martindale-Hubbell Law Directory, its highest peer rating.  He was selected for the Plaintiff's Hot List in 2011 by the National Law Journal.  He was named a finalist for Public Justice Trial Lawyer of the Year 2012, an honor that is awarded to the attorneys who "made the greatest contribution to the public interest within the past year by trying or settling a precedent-setting or socially significant case."  He has also been named one of the "Top 100 Trial Lawyers" by the National Trial Lawyers in 2013 through 2019.  Mr. Steckler is licensed to practice law in Texas, Louisiana, New York, Pennsylvania, and Missouri, and has been admitted

to practice in the United States Court of Federal Claims, as well as the following federal district and appellate courts: United States District Courts for the Northern, Eastern, Southern, and Western Districts of Texas; United States District Courts for the Eastern and Western Districts of Louisiana; United States District Courts for the Southern, Central and Northern Districts of California; United States District Courts for the Southern and Eastern Districts of New York; the United States District Court for the Southern District of Illinois; and the United States District Court for the Southern District of Florida; and the United States Court of Appeals for the Fifth and Ninth Circuits.  He is also admitted to practice in The United States Supreme Court.  Mr. Steckler has also authored numerous articles on litigation and been asked to speak to multiple groups on emerging issues in litigation.

**Braden M. Wayne** leads SWCC's corporate counsel section, where he serves as outside counsel to various private equity firms, their portfolio companies, and independent businesses.  Having operated multiple healthcare and retail start-ups, Braden is an attorney who understands the nuances of business transactions and business litigation.  This deep, operational experience forms the bedrock of Braden's practice today. His holistic approach leads clients to call on Braden for everything from bet-the-company litigation to debt and equity financing, real estate transactions, mergers & acquisitions, and strategic and operational advice. Braden has been consistently selected by D Magazine as one of Dallas' Best Lawyers under 40 (2018, 2019, 2020, 2021), by Super Lawyers as a Rising Star (2019, 2020, 2021), and by Best Lawyers as "One to Watch" (2021).

Braden sits on the advisory board for various clients, and serves as Chief Legal Counsel for Jarvis Analytics, a leading dental analytics software provider.  Prior to joining Steckler Wayne Cochran Cherry PLLC, Braden served as co-chair of the corporate law section at a regional firm headquartered in Dallas, and as General Counsel for one of the largest diamond and jewelry retailers and wholesalers in the country.  He is also a prolific speaker and writer on issues of corporate structures and its intersection with litigation.

Braden graduated magna cum laude from the University of Richmond in Richmond, Virginia, and cum laude from the Southern Methodist University Dedman School of Law, where he was a Dean's Scholar.  He is licensed in Texas and is admitted or has been admitted for limited purposes in many federal courts across the country, including the United States District Courts for the Northern, Eastern, Southern, and Western Districts of Texas; United States District Court for the Middle District of Florida; United States District Court for the District of Arizona; United States District Court for the Middle District of Tennessee; and the National Arbitration Forum.

Braden is often asked to serve as local or liaison class counsel in federal securities fraud cases, including:

- *Bodin v. SAExploration Holdings, Inc., et al.,* No. 4:19-cv-03089 (pending in the United States District Court for the Southern District of Texas)
- *White v. Just Energy Group, Inc., et al.,* No. 4:20-cv-590 (pending in the United States District Court for the Southern District of Texas)
- *Bremer v. SolarWinds Corporation, et al.,* No. 1:21-cv-2 (pending in the United States District Court for the Western District of Texas)
- *Bettiol v. Energy Transfer LP, LE GP, LLC,* No. 3:19-cv-02890 (pending in the United States District Court for the Northern District of Texas)
- *Torres v. Berry Corporation et al.,* No. 3:20-cv-03464 (pending in the United States District Court for the Northern District of Texas)

**Stuart L. Cochran** has a nationally-recognized class-action practice and has repeatedly been voted by his peers as one of the Best Lawyers in Dallas, as published by D Magazine. Stuart focuses his practice on complex commercial, consumer, class, and catastrophic injury litigation—on both sides of the bar, having represented publicly-traded corporations, privately-held businesses, and individuals.  Stuart spent the first six years of his career in the trial section of one of the largest international firms in the United States, where he gained experience in a wide variety of cases involving numerous industries, including energy, commercial real estate, telecom, IT, aerospace, accounting/audit, aviation, healthcare, logistics, insurance, commodities, and securities.  He has represented clients in federal, state, and arbitration proceedings across the nation, including Texas, Alabama, Georgia, Arkansas, Missouri, Maryland, New York, Colorado, Washington, D.C., Florida, Illinois, California, Ohio, Washington state, and Massachusetts.

Stuart has been appointed class counsel in over half a dozen certified class actions, resulting in tens of millions of dollars in recovered damages and injunctive relief for class members, including:

- *Miloro v. Van's International Foods, Inc.,* No. 15PH-CV00642 (Circuit Court for Phelps County, Missouri)
- *Tovar v. Drews LLC,* No. 16-L-313 (Circuit Court for St. Clair County, Illinois)
- *Morrison and Collier v. Natural Chemistry, L.P.*, No. 16SL-CC01991 (Circuit Court of St. Louis County, Missouri)
- *Dugan v. Topco Associates LLC,* No. 16-L-446 (Circuit Court for St. Clair County, Illinois)
- *Pryzbysz et. al. v. Kraft Heinz Foods Co.,* No. 17-L-0402 (Circuit Court for St. Clair County, Illinois)
- *Barnes et. al. v. River North Foods, Inc.,* No. 16-L-459 (Circuit Court for St. Clair County, Illinois)
- *Hansen-Mitchell et. al. v. Welspun USA, Inc., et. al.,* No. 19-L-0391 (Circuit Court for St. Clair County, Illinois)

Stuart is often asked to serve as local or liaison class counsel in federal securities fraud cases, including:

- *Cecere v. Eric S. Langan, RCI Hospitality Holdings, Inc., et al.,* No. 4:19-cv-03080 (pending in the United States District Court for the Southern District of Texas)
- *Bodin v. SAExploration Holdings, Inc., et al.,* No. 4:19-cv-03089 (pending in the United States District Court for the Southern District of Texas)
- *White v. Just Energy Group, Inc., et al.,* No. 4:20-cv-590 (pending in the United States District Court for the Southern District of Texas)
- *Bremer v. SolarWinds Corporation, et al.,* No. 1:21-cv-2 (pending in the United States District Court for the Western District of Texas)
- *Patel v. Reata Pharmaceuticals, Inc., et al., No.,* 4:20-cv-00796 (pending in the United States District Court for the Eastern District of Texas)
- *Bettiol v. Energy Transfer LP, LE GP, LLC,* No. 3:19-cv-02890 (pending in the United States District Court for the Northern District of Texas)
- *McKenna v. Ronald Cogburn, et al.,* No. 3:20-cv-1800 (pending in the United States District Court for the Northern District of Texas)
- *Torres v. Berry Corporation et al.,* No. 3:20-cv-03464 (pending in the United States District Court for the Northern District of Texas)

From 2015-2017, Stuart was chosen by the President of the State Bar of Texas to serve on the State Bar of Texas' Pattern Jury Charge Committee for the Business and Consumer Section. That Committee is responsible for editing and publishing the jury instructions and questions that are submitted in every business and consumer case across the state of Texas. Stuart has repeatedly been selected as Super Lawyer and is AV Preeminent Rated by Martindale Hubbell, the highest rating a lawyer can attain. In 2017, Stuart was recognized by Top Verdict for obtaining one of the fifty biggest settlements in the state of Illinois.  In 2018, Stuart was asked to present a mock argument at the American Bar Association's Antitrust Annual Meeting in Washington, D.C.

Stuart is an Honors graduate of the University of Texas at Austin, where he obtained both his B.A. and his J.D.  He is licensed in Texas and Missouri and is admitted or has been admitted for limited purposes in many federal courts across the country, including the United States District Courts for the Northern, Eastern, Southern, and Western Districts of Texas; United States District Courts for the Southern, and Northern Districts of California; United States District Court for the Southern District of Illinois; United States District Court for the Southern District of Ohio; United States District Court for the Eastern District of Missouri, and the United States District Court for the Western District of Washington.

**Craig Cherry** has obtained significant settlements and verdicts for his clients during his legal career. The success he has achieved for his clients is due, in no small part, to his ingenuity and relentless tenacity. Craig's tireless dedication and ability to anticipate his opponent's next move makes him the ultimate opponent in the courtroom. When it comes to litigation and trial strategy, he is regularly recognized by his peers as being at the top of the list. As a trial lawyer, Craig is triple board certified and focuses his practice on complex civil litigation in multiple areas including business litigation, intellectual property litigation, class action litigation, catastrophic personal injury litigation, and wrongful death litigation. Craig has successfully represented both individuals and businesses throughout the United States and in Europe.

Craig is Board Certified in Civil Trial Advocacy by the National Board of Trial Advocacy. He is also Board Certified in both Civil Trial Law and Personal Injury Trial Law by the Texas Board of Legal Specialization. Craig's board certifications are so rare that less than 1% of all lawyers licensed in the State of Texas are triple board certified. Craig has also been appointed by the Texas Board of Legal Specialization to serve as a Member of the Personal Injury Trial Law Exam Commission and the Civil Trial Law Advisory Commission. Craig has also earned an AV Preeminent Rating from Martindale-Hubbell Peer Review Ratings, which is the highest possible rating a lawyer can earn for both ethical standards and legal ability. This rating was earned only after Craig was reviewed and recommended by judges Craig has appeared before and fellow lawyers Craig has worked with and against in cases. As evidence of both his advocacy skills and the superior results achieved for his clients. He was also invited to become a Fellow in the Litigation Counsel of America, a trial lawyer honorary society composed of less than one-half of one percent of American lawyers. Craig was also named the Outstanding Young Lawyer by the Waco-McLennan County Bar Association in 2005.

**L. Kirstine Rogers** has participated in prosecuting numerous complex commercial cases and class actions since joining Steckler Wayne Cochran Cherry PLLC. Ms. Rogers was formerly with the United States District Court for the Eastern District of Texas where she served as the career law clerk to the Honorable Don D. Bush from 2007 until 2016.  During her tenure, Ms. Rogers researched, briefed and participated in many complex civil cases before the Court, including numerous sophisticated commercial disputes, putative class actions, breach of

fiduciary duty and contractual claims and qui tam actions.  In assisting the Court with the disposition and trial of civil cases, Ms. Rogers gained extensive experience in compound procedural and substantive issues arising under both state and federal law, including standing, jurisdiction and immunity.

Prior to her service with the Court, from 2001 until 2007, Ms. Rogers was an associate with the trial department of one of the oldest and most respected law firms in Dallas, Texas. There, her practice focused on complex civil cases at both the trial and appellate levels where she represented both companies and individuals in in state and federal court and proceedings before the American Arbitration Association.  Ms. Rogers is also a member of the Texas Bar College, an achievement attained by fewer than 10 percent of the lawyers in Texas.

**Michael R. Steinmark** is a tenacious, creative, and skilled litigator, for which he has been recognized in Thomson Reuters' Texas Super Lawyers / Rising Stars consistently since 2010. Michael's dual experience handling cases in state and federal trial and appellate courts and arbitration across the nation, as well as in corporate and intellectual property transactions, informs his development and execution of successful legal strategies for individual clients and companies large and small. Joining Steckler Wayne Cochran Cherry, PLLC, after 15 years with a highly respected Dallas-based regional firm, Michael has significant experience handling all phases of litigation, from case intake through discovery, motion practice, mediation, trial, and appeal, in a broad range of catastrophic personal injury and wrongful death, employment, commercial, consumer, financial services, and intellectual property disputes.

Michael is an honors graduate of Vanderbilt University in Nashville, Tennessee and the Southern Methodist University Dedman School of Law where he served as Associate Managing Editor of the International Law Review Association. Michael maintains a perfect 10/10 rating on Avvo and is a nine-time recipient of the Super Lawyers Rising Stars Award (2011, 2012-2019).

**Hon. Paul D. Stickney (ret.)** served 20 years as a United States Magistrate Judge for the United States District Court for the Northern District of Texas, from 1998 to 2018. During private practice and with the Federal Public Defender Judge Stickney tried to a jury more than 150 felony criminal cases, as well as civil cases. During his tenure on the bench, Judge Stickney presided over jury trials, court hearings on motions, discovery disputes, search and arrest warrants. Judge Stickney conducted hundreds of guilty plea arraignments, bond hearings and initial appearances over his 20 years on the bench.

Judge Stickney has mediated hundreds of disputed cases during his tenure on the bench. He has attended mediation-training sessions by the Federal Judicial Center honing his skills. Judge Stickney has the ability to exact fairness thereby gaining the trust of all parties in a dispute. He can fuse the personal with the professional to reach an end goal – acceptable to all parties. Judge Stickney began his law career in 1981 when he co-founded the Breit & Stickney Law Office in Sioux Falls, South Dakota. He helped run this firm until 1990, when he became the First Assistant Federal Public Defender for the Northern District of Texas. He held that post eight years, until his appointment to the bench in 1998.

**Austin P. Smith** is an associate at SWCC and focuses his practice on litigation and dispute resolution. Austin has experience in handling a wide variety of matters in state and federal court, involving complex commercial and business disputes, fraud, personal injury, and criminal matters including white collar crime. Austin spent the first part of his legal career with the trial department of Thompson & Knight LLP, one of the oldest and most respected law firms in Texas. From 2017 to 2018, Austin was honored to serve as a law clerk to the Honorable

Judge Amos L. Mazzant in the United States District Court for the Eastern District of Texas. In 2020, Austin was selected by Best Lawyers as "One to Watch".

**Justin Allen**'s practice includes a variety of civil litigation, with a particular focus on commercial and intellectual property disputes. He has represented individuals and businesses in both state and federal courts and has experience in all phases of litigation, from pre-filing investigation to post-trial briefing.

Justin joined Steckler Wayne Cochran Cherry in 2021. Prior to joining the firm, he was an associate with McKool Smith, P.C. in Dallas, Texas, where he represented clients in patent infringement and complex commercial litigation.

Justin graduated summa cum laude from Baylor University, and was a Hatton W. Sumners Foundation Scholarship Recipient at the Southern Methodist University Dedman School of Law.

**Blake E. Mattingly** is an associate at SWCC and has worked for the firm since his third year of law school. He has gained a significant litigation experience in a wide array of practice areas including commercial disputes, class actions, products liability, antitrust, restrictive covenants, and employment disputes for defendants and plaintiffs in state and federal court. Blake has successfully opposed the enforcement of arbitration agreements in federal court, obtained an appellate victory in a products liability and medical malpractice suit, and effectively advocates for his clients in and out of the courtroom. Blake enjoys litigating complex legal issues and the continual learning opportunities that practicing law provides.

During law school, Blake interned for the Honorable Joseph H.L. Perez-Montes in the Western District of Louisiana, was a member of SMU's International Law Review and Phi Delta Phi, was a Chief Student Attorney with the Small Business & Trademark Clinic, and was selected as an inaugural board member for the All-Clinic Student Advisory Board. Blake was also selected for several off-campus moot court teams where he won an award for Best Oralist and made it to the semifinal and final rounds in different competitions.