**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| JAMES CELESTE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INTRUSION INC., JACK BLOUNT, and B. FRANKLIN BYRD,<br><br>Defendants. | Civil Action No. 4:21-cv-00307-SDJ |
| GEORGE NEELY and JOAN NEELY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INTRUSION INC., JACK BLOUNT, and B. FRANKLIN BYRD,<br><br>Defendants. | Civil Action No. 4:21-cv-00374-SDJ |

**DECLARATION OF JOE KENDALL IN SUPPORT OF MOTION OF ESMOND L. DOMINICK FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL**

I, Joe Kendall, hereby declare as follows:

1.    I am an attorney with the law firm Kendall Law Group, PLLC, local counsel for Lead Plaintiff movant Esmond L. Dominick ("Dominick") and proposed Liaison Counsel for the Class in the above-captioned action.  I make this declaration in support of Dominick's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:    Press release published April 16, 2021 on *Business Wire*, announcing the pendency of the securities class action against Defendants herein;

Exhibit B:    Dominick's Signed PSLRA Certification;

Exhibit C:    Table of Dominick's calculated losses, as a result of transactions in Intrusion Inc. securities;

Exhibit D:    Firm résumé of Glancy Prongay & Murray LLP; and

Exhibit E:    Firm résumé of Kendall Law Group, PLLC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 15th day of June 2021.

*/s/ Joe Kendall*
Joe Kendall

1