UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JAMES CELESTE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INTRUSION INC., JACK BLOUNT, and B. FRANKLIN BYRD,<br><br>Defendants. | Case No.  4:21-cv-00307-SDJ<br><br>MOTION OF JOHN BRYAN FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL |
| GEORGE NEELY and JOAN NEELY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INTRUSION INC., JACK BLOUNT, and B. FRANKLIN BYRD,<br><br>Defendants. | Case No.  4:21-cv-00374-SDJ |

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that John Bryan ("Bryan"), by and through his counsel, will and does hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, and Federal Rule of Civil Procedure 42, for the entry of an Order: (1) consolidating the above-captioned related actions; (2) appointing Bryan as Lead Plaintiff on behalf of a class consisting of all persons and entities other than the above-captioned defendants who purchased or otherwise acquired Intrusion Inc. securities between January 13, 2021 and April 13, 2021, both dates inclusive (the "Class"); and (3) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel, and The Briscoe Law Firm, PLLC as Liaison Counsel, for the Class.

Dated:  June 15, 2021

Respectfully submitted,

/s/ Willie C. Briscoe
WILLIE C. BRISCOE
State Bar Number 24001788
THE BRISCOE LAW FIRM, PLLC
12700 Park Central Drive, Suite 520
Dallas, TX 75251
Telephone: 972-521-6868
Facsimile: 346-214-7463
wbriscoe@thebriscoelawfirm.com

Counsel for Bryan and
Proposed Liaison Counsel for the Class

POMERANTZ LLP
Jeremy A. Lieberman
(pro hac vice application forthcoming)
J. Alexander Hood II
(pro hac vice application forthcoming)
Thomas H. Przybylowski
(pro hac vice application forthcoming)
600 Third Avenue, 20th Floor
New York, New York 10016

1

Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
ahood@pomlaw.com
tprzybylowski@pomlaw.com

*Counsel for Bryan and*
*Proposed Lead Counsel for the Class*

2

**CERTIFICATE OF CONFERENCE**

Movant is aware of Local Rule CV-7(i), which provides, in relevant part, that "all motions must be accompanied by a 'certificate of conference' at the end of the motion following the certificate of service. The certificate must state: (1) that counsel has complied with the meet and confer requirement in Local Rule CV-7(h); and (2) whether the motion is opposed or unopposed." Here, pursuant to the PSLRA, the deadline to file a motion for appointment as Lead Plaintiff in the Related Actions is June 15, 2021, on which date any member of the putative class may so move. Movant was thus not in a position to ascertain the identities of the other putative class members, if any, who intended to file competing Lead Plaintiff motions—*i.e.*, the parties with whom conference would otherwise be required—until June 16, 2021, the day after the statutory deadline. Under these circumstances, Movant respectfully requests that compliance with Local Rule CV-7(i) be waived in this instance.

*/s/ Willie C. Briscoe*
WILLIE C. BRISCOE

**CERTIFICATE OF SERVICE**

This is to certify that on June 15, 2021, I have caused to be filed the above and foregoing on the Court's CM/ECF electronic filing system, and that by virtue of this filing, all attorneys of record will be served electronically with true and exact copies of this filing.

*/s/ Willie C. Briscoe*
WILLIE C. BRISCOE

3