# EXHIBIT A

**Intrusion Inc. (INTZ)**
**Class Period: January 13, 2021 through April 13, 2021**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Bryan, John | 4/6/2021 | 500 | $25.9000 | ($12,950) | 6/1/2021* | (500) | $14.4944 | $7,247 | | |
| **Bryan, John** | | **500** | | **($12,950)** | | **(500)** | | **$7,247** | **500** | **($5,703)** |

*Post-class sales are valued at the average closing prices from 4/14 to the date of sale