# EXHIBIT C

## Loss Chart

**Company Name:** Intrusion Inc.
**Ticker:** INTZ
**Class Period:** January 13, 2021 to April 13, 2021
**Name:** Esmond L. Dominick

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 1/22/2021 | 1,000 | $24.4677 | -$24,467.7000 | | $0.0000 | -$24,467.70 |
| 5/3/2021 | -1,000 | | $0.0000 | $17.4736 | $17,473.5716 | $17,473.57 |

| **Shares Retained:** | **0** | | | | **Subtotal:** | **-$6,994.13** |
|---|---|---|---|---|---|---|
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $0.00 |
| | | | $14.9905 | 0 | **Total:** | **-$6,994.13** |

<u>Notes</u>

The 90-Day Average Price used in this loss chart is the average closing price between April 14, 2021 and June 15, 2021.   Any shares sold post-Class Period are valued using the greater of: (a) the average closing price between the end of the Class Period and the sales date, or (b) the actual sales price.