**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| JAMES CELESTE, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> INTRUSION INC., JACK BLOUNT, and B. FRANKLIN BYRD, <br><br> Defendants. | Civil Action No. 4:21-cv-00307-SDJ |
| GEORGE NEELY and JOAN NEELY, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> INTRUSION INC., JACK BLOUNT, and B. FRANKLIN BYRD, <br><br> Defendants. | Civil Action No. 4:21-cv-00374-SDJ |

**[PROPOSED] ORDER**

Having considered the motion of Esmond L. Dominick for consolidation of related actions, appointment as lead plaintiff, and approval of counsel (the "Motion"), and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED;

2.      The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re Intrusion Inc. Securities Litigation*, Master File: 4:21-cv-00307;

3.      The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), appoints Esmond L. Dominick as Lead Plaintiff; and

4.      Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), the Court appoints Glancy Prongay & Murray LLP as Lead Counsel and Kendall Law Group, PLLC as Local Counsel for the class.

        **SO ORDERED.**

0