UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JAMES CELESTE, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  v.<br><br>INTRUSION INC., JACK BLOUNT, and B. FRANKLIN BYRD,<br><br>  Defendants. | § CIVIL ACTION NO. 4:21-cv-00307-SDJ<br>§<br>§ **MOVANT ANDREW BRONSTEIN'S**<br>§ **APPENDIX ACCOMPANYING HIS**<br>§ **MOTION TO CONSOLIDATE RELATED**<br>§ **CASES, APPOINT MOVANT AS LEAD**<br>§ **PLAINTIFF AND TO APPROVE LEAD**<br>§ **PLAINTIFF'S SELECTION OF COUNSEL**<br>§<br>§ CLASS ACTION<br>§<br>§<br>§ |
| GEORGE NEELY and JOAN NEELY, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  v.<br><br>INTRUSION INC., JACK BLOUNT, and B. FRANKLIN BYRD,<br><br>  Defendants. | § CIVIL ACTION NO. 4:21-cv-00374-SDJ<br>§<br>§ CLASS ACTION<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

Attached are true and correct copies of the following exhibits:

Exhibit 1: PSLRA early notice issued on April 16, 2021;

Exhibit 2: Andrew Bronstein's PSLRA Certification;

Exhibit 3: Andrew Bronstein's Loss Chart;

Exhibit 4: The Rosen Law Firm, P.A.'s firm resume; and

Exhibit 5: Steckler Wayne Cochran Cherry, PLLC's firm resume.

**MOVANT ANDREW BRONSTEIN'S APPENDIX ACCOMPANYING HIS MOTION TO CONSOLIDATE RELATED CASES, APPOINT MOVANT AS LEAD PLAINTIFF AND TO APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL** – Page 1

Dated: June 15, 2021                         Respectfully submitted,

**STECKLER WAYNE COCHRAN CHERRY, PLLC**
*/s/ Stuart L. Cochran*
Stuart L. Cochran
Texas Bar No.: 24027936
Braden M. Wayne
Texas Bar No.: 24075247
12720 Hillcrest Rd., Suite 1045
Dallas, Texas 75230
T: 972-387-4040
F: 972-387-4041
stuart@swclaw.com
braden@swclaw.com

*[Proposed] Liaison Counsel for*
*Movant and the Class*

**THE ROSEN LAW FIRM, P.A.**
Laurence Rosen, Esq. (pro hac vice to be filed)
Phillip Kim, Esq. (pro hac vice to be filed)
275 Madison Avenue, 40th Floor
New York, NY 10116
Phone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com

*[Proposed] Lead Counsel for Movant and Class*

**MOVANT ANDREW BRONSTEIN'S APPENDIX ACCOMPANYING HIS MOTION TO CONSOLIDATE RELATED CASES, APPOINT MOVANT AS LEAD PLAINTIFF AND TO APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL** – Page 2

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of June 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.


*/s/ Stuart L. Cochran*
Stuart L. Cochran