UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JAMES CELESTE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INTRUSION INC., JACK BLOUNT, and B. FRANKLIN BYRD,<br><br>Defendants. | Case No.  4:21-cv-00307-SDJ<br><br>DECLARATION OF WILLIE C. BRISCOE IN SUPPORT OF MOTION OF JOHN BRYAN FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL |
| GEORGE NEELY and JOAN NEELY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INTRUSION INC., JACK BLOUNT, and B. FRANKLIN BYRD,<br><br>Defendants. | Case No.  4:21-cv-00374-SDJ |

I, Willie C. Briscoe, hereby declare as follows:

1.    I am an attorney with The Briscoe Law Firm, PLLC ("BLF"), counsel on behalf of John Bryan ("Bryan"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Bryan's motion for consolidation of the above-captioned related actions ("Related Actions"), appointment as Lead Plaintiff, and approval of his selection of Pomerantz LLP ("Pomerantz") as Lead Counsel, and BLF as Liaison Counsel, for the Class in the Related Actions.

2.    Attached hereto as the exhibits indicated are true and correct copies of the following:

| | |
|---|---|
| Exhibit A: | Chart reflecting the financial interest of Bryan in the Related Actions; |
| Exhibit B: | Press release announcing the pendency of the first filed of the Related Actions; |
| Exhibit C: | Shareholder Certification executed by Bryan; |
| Exhibit D: | Declaration executed by Bryan; |
| Exhibit E: | Firm resume of Pomerantz; and |
| Exhibit F: | Firm resume of BLF. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on June 15, 2021.

*/s/ Willie C. Briscoe*
WILLIE C. BRISCOE

1

**CERTIFICATE OF SERVICE**

This is to certify that on June 15, 2021, I have caused to be filed the above and foregoing on the Court's CM/ECF electronic filing system, and that by virtue of this filing, all attorneys of record will be served electronically with true and exact copies of this filing.

/s/ Willie C. Briscoe
WILLIE C. BRISCOE

2