IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JAMES CELESTE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INTRUSION INC., JACK BLOUNT, and B. FRANKLIN BYRD,<br><br>Defendants. | CIVIL ACTION NO. 4:21-cv-00307-SDJ<br><br>**NOTICE OF NON-OPPOSITION TO THE MOTION OF ANDREW BRONSTEIN TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF CHOICE OF COUNSEL (DKT. NO. 15)**<br><br>CLASS ACTION |
| GEORGE NEELY and JOAN NEELY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INTRUSION INC., JACK BLOUNT, and B. FRANKLIN BYRD,<br><br>Defendants. | CIVIL ACTION NO. 4:20-cv-00374-SDJ<br><br>CLASS ACTION |

**NOTICE OF NON-OPPOSITION TO THE MOTION OF ANDREW BRONSTEIN TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF CHOICE OF COUNSEL (DKT. NO. 15)** – Page 1

Movant Andrew Bronstein ("Mr. Bronstein") respectfully submits this Notice of Non-Opposition to his motion to consolidate related actions, for appointment as Lead Plaintiff, and approval of choice of counsel. Dkt. No. 15.[1]

Two other competing motions for appointment as lead plaintiff and approval of counsel were filed in this action. Dkt. Nos. 14 and 16. On June 29, 2021, movant John Bryan, recognizing that he did not have the largest financial interest, filed a notice of non-opposition to the competing lead plaintiff motions. Dkt. No. 18. On June 30, 2021, movant Esmond L. Dominick, recognizing that he did not have the largest financial interest, filed a notice of non-opposition to the competing lead plaintiff motions. Dkt. No. 20.

The deadline to file any opposition has passed. Accordingly, Mr. Bronstein's motion is unopposed. Thus, Mr. Bronstein respectfully requests that the Court: (1) consolidate the related actions; (2) appoint Movant as Lead Plaintiff of the Class; and (3) approve Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel and Steckler Wayne Cochran Cherry, PLLC as Liaison Counsel. The [Proposed] Order, filed as docket number 15-7, reflects these requests.

---

[1] Each lead plaintiff movant timely moved for the consolidation of the related actions, for appointment as lead plaintiff, and for approval of counsel on June 15, 2021 and received notice by the Clerk's office of filing deficiencies on June 16, 2021. On June 16, 2021, Mr. Bronstein and Mr. Dominick, and on June 17, 2021, Mr. Bryan, re-filed their motion papers pursuant to Clerk's office's direction. As such, this notice of non-opposition cites to the re-filed documents for each movant.

**NOTICE OF NON-OPPOSITION TO THE MOTION OF ANDREW BRONSTEIN TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF CHOICE OF COUNSEL (DKT. NO. 15)** – Page 2

Dated: July 2, 2021                          Respectfully submitted,

**STECKLER WAYNE COCHRAN CHERRY, PLLC**

 /s/ Stuart L. Cochran
Stuart L. Cochran
Texas Bar No.: 24027936
Braden M. Wayne
Texas Bar No.: 24075247
12720 Hillcrest Rd., Suite 1045
Dallas, Texas 75230
T: 972-387-4040
F: 972-387-4041
stuart@swclaw.com
braden@swclaw.com

*[Proposed] Liaison Counsel for Movant and the Class*

**THE ROSEN LAW FIRM, P.A.**
Laurence Rosen, Esq. (pro hac vice to be filed)
Phillip Kim, Esq. (pro hac vice to be filed)
275 Madison Avenue, 40th Floor
New York, NY 10116
Phone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com

*[Proposed] Lead Counsel for Movant and Class*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 2nd day of July 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                        */s/ Stuart L. Cochran*
                                        Stuart L. Cochran