UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JAMES CELESTE, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>   v.<br><br>INTRUSION INC., JACK BLOUNT, and B. FRANKLIN BYRD,<br><br>      Defendants. | Case No.  4:21-cv-00307-SDJ |

## DEFENDANT INTRUSION INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Intrusion Inc. ("Intrusion"), which has been named as a defendant in the above-captioned matter, makes the following disclosure through its undersigned counsel:

Defendant Intrusion is a publicly traded company. Intrusion does not have any parent corporations, and no publicly held corporation owns 10% or more of Intrusion's stock.

Dated: August 3, 2021

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Catherine E. Moreno
Catherine E. Moreno
(*pro hac vice*)
CA Bar No. 264517
cmoreno@wsgr.com
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

*Attorney for Defendants Intrusion Inc., Jack Blount, and B. Franklin Byrd*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served on all counsel of record via electronic delivery through the Court's CM/ECF system this 3rd day of August, 2021.

/s/ Catherine E. Moreno
Catherine E. Moreno