UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JAMES CELESTE, Individually and On Behalf of All Others Similarly Situated | §<br>§<br>§<br>§ | |
| v. | § | CIVIL NO. 4:21-CV-307-SDJ |
| INTRUSION INC., ET AL. | §<br>§<br>§ | |

## ORDER

Upon consideration of Defendants' Unopposed Motion for Extension of Time to Respond to Complaint, (Dkt. #24), the Court concludes that it should be granted.

It is therefore **ORDERED** that:

1. Defendants are relieved of any obligation to respond to the initial complaint in this action, (Dkt. #1); and

2. Within fourteen (14) days of entry of the Court's order appointing a lead plaintiff and lead counsel in this action, lead counsel and counsel for Defendants shall meet and confer and submit a proposed schedule for the filing of an amended complaint.

**So ORDERED and SIGNED this 10th day of August, 2021.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE