UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JAMES CELESTE, Individually and On Behalf of All Others Similarly Situated | § § § § | CIVIL NO. 4:21-CV-307-SDJ LEAD CASE |
| GEORGE NEELY, ET AL., Individually and On Behalf of All Others Similarly Situated | § § § § § | CIVIL NO. 4:21-CV-374-SDJ |
| v. | § | |
| INTRUSION INC., ET AL. | § | |

## ORDER

Before the Court are the various Motions for Consolidation of Related Cases, (Dkts. #14–16), filed in Cause No. 4:21-CV-307, seeking in part the consolidation of this case with Cause No. 4:21-CV-374 ("*Neely*"). In order to avoid unnecessary cost or delay and because *Neely* will share common questions of law or fact with Cause No. 4:21-CV- 307 (the "Lead Case"), the motions (Dkts. #14–16) are **GRANTED in part.** Accordingly, Neely is hereby **ORDERED** to be **CONSOLIDATED** for all purposes with the LEAD CASE.

All parties are instructed to file any future filings in the lead case. The Court will enter one docket control order, one protective order, and one discovery order that will govern the entire consolidated case. The local rules' page limitations for motions will apply to the consolidated case. To further promote judicial economy and to conserve the parties' resources, the Court encourages the parties to file a notice with the Court in the event that other related cases are filed on the Court's docket that may also be appropriate for consolidation with this case.

The Clerk is instructed to add the consolidated plaintiffs into the lead case and their corresponding lead and local counsel only. Additional counsel may file a Notice

of Appearance in the lead case if they wish to continue as counsel of record in the lead consolidated action. Counsel who have appeared pro hac vice in *Neely* may file a Notice of Appearance in the lead case without filing an additional application to appear pro hac vice in the lead case. Counsel who have not appeared in *Neely* at the point when it is consolidated into the lead case should file a Notice of Appearance only in the lead case, and such Notice should reference *Neely*.

**So ORDERED and SIGNED this 23rd day of November, 2021.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE

2