UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JAMES CELESTE, Individually and on Behalf of All Others Similarly Situated | § § § § | |
| v. | § § | CIVIL NO. 4:21-CV-307-SDJ **LEAD CASE** |
| INTRUSION INC., ET AL. | § | |
| | | |
| GEORGE NEELY, Individually and on Behalf of All Others Similarly Situated | § § § § | |
| v. | § § | CIVIL NO. 4:21-CV-374-SDJ **MEMBER CASE** |
| INTRUSION INC., ET AL. | § | |

## ORDER

The Court, having considered the parties' Joint Motion for Order Continuing Deadlines for Motion to Dismiss Briefing, (Dkt. #40), concludes that the motion should be granted.

It is therefore **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** as follows:

1. Defendants shall file their motion(s) to dismiss the Amended Class Action Complaint, (Dkt. #38), on or before **Thursday, June 9, 2022**;

2. Plaintiffs shall file their brief (s) in opposition to any such motion(s) on or before **Monday, August 8, 2022**; and

1

3. Defendants shall reply in further support of such motion(s) on or before

**Thursday, September 22, 2022**.

**So ORDERED and SIGNED this 28th day of February, 2022.**

_____

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE