**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| JAMES CELESTE, Individually and On Behalf of All Others Similarly Situated | §<br>§<br>§<br>§ | CIVIL NO. 4:21-CV-307-SDJ<br>**LEAD CASE** |
| GEORGE NEELY, ET AL., Individually and On Behalf of All Others Similarly Situated<br><br>v. | §<br>§<br>§<br>§<br>§<br>§ | CIVIL NO. 4:21-CV-374-SDJ |
| INTRUSION INC., ET AL. | § | |

## ORDER

Before the Court is Defendants' Unopposed Motion for Extension of Time to Respond to Complaint, (Dkt. #42).[1] On December 10, 2021, the Court issued an Order Regarding Scheduling of Operative Complaint and Related Motions, (Dkt. #37), which set a deadline for Defendants to respond to the complaint.

Accordingly, the Court **ORDERS** that Defendants' Unopposed Motion for Extension of Time to Respond to Complaint, (Dkt. #42), is **DENIED as MOOT**.

**So ORDERED and SIGNED this 9th day of March, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE

---

[1] This motion was originally filed in member case *George Neely, et al. v. Intrusion Inc., et al.*, 4:21-cv-374 at Docket No. 4.