**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| JAMES CELESTE, Individually and On Behalf of All Others Similarly Situated | § § § § | CIVIL NO. 4:21-CV-307-SDJ **LEAD CASE** |
| GEORGE NEELY, ET AL., Individually and On Behalf of All Others Similarly Situated<br><br>v. | § § § § § § | CIVIL NO. 4:21-CV-374-SDJ |
| INTRUSION INC., ET AL. | § | |

## AGREED ORDER

Before the Court is the Joint Motion for Stay of Proceedings Pending the Filing of a Motion for Preliminary Approval of Class Action Settlement, (Dkt. #47). After reviewing the motion, the Court concludes that it will be **GRANTED**.

On April 16, 2021, James Celeste filed a putative class action complaint pursuant to Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, 15 U.S.C. §§ 78j(b), 78t(a), and Rule 10b-5 promulgated by the U.S. Securities and Exchange Commission, (the " Celeste Action"). On May 14, 2021, George and Joan Neely filed a related putative class action complaint asserting similar and related claims, (the "Neely Action"). The Celeste Action and the Neely Action were later consolidated, with the Celeste Action designated as the lead case and with Andrew Bronstein as lead plaintiff, (Dkt. #32).

According to the motion, the Parties participated in a mediation on April 5, 2022, which resulted in the Parties executing a settlement term sheet setting forth the material terms associated with the resolution of this action, (the "Settlement

1

Term Sheet"). In accordance with the Settlement Term Sheet, the Parties agreed to cease all litigation activities in this action, except those related to the negotiation of the final stipulation and agreement of settlement and related agreements and preparation for seeking preliminary approval of the settlement from the Court. The Parties now seek a stay of proceedings while the Parties negotiate the final stipulation and agreement of settlement and prepare for seeking preliminary approval of the settlement, in order to promote judicial economy.

Accordingly, it is hereby **ORDERED** that the Joint Motion for Stay of Proceedings Pending the Filing of a Motion for Preliminary Approval of Class Action Settlement, (Dkt. #47), is **GRANTED**. It is further **ORDERED** that:

1. With the exception of activities related to the negotiation of the final stipulation and agreement of settlement and preparation for seeking preliminary approval of the settlement from the Court, all proceedings in this case are stayed pending further order of the Court;

2. Current court proceedings in this action (including any deadlines or filing requirements) are suspended pending further order of the Court; and

3. Neither Plaintiffs nor Defendants waive their rights to seek a lift of this stay from each other or the Court.

It is further **ORDERED** that the Parties shall file a joint report regarding the status of the Parties' negotiations no later than thirty days after the entry of this Order.

So ORDERED and SIGNED this 13th day of April, 2022.

_____

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE