**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| JAMES CELESTE, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>INTRUSION, INC., JACK B. BLOUNT, MICHAEL L. PAXTON, B. FRANKLIN BYRD, T. JOE HEAD, GARY DAVIS, and JAMES GERO,<br><br>    Defendants. | § CIVIL ACTION NO. 4:21-cv-00307-SDJ<br>§ **[LEAD CASE]**<br>§<br>§<br>§ CLASS ACTION<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |
| GEORGE NEELY and JOAN NEELY, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>INTRUSION, INC., JACK B. BLOUNT, MICHAEL L. PAXTON, B. FRANKLIN BYRD, T. JOE HEAD, GARY DAVIS, and JAMES GERO,<br><br>    Defendants. | § CIVIL ACTION NO. 4:21-cv-00374-SDJ<br>§ **[CONSOLIDATED]**<br>§<br>§ CLASS ACTION<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**[PROPOSED] ORDER AWARDING LEAD COUNSEL ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

This matter having come before the Court on the application of Lead Counsel for an award of attorneys' fees and reimbursement of expenses incurred in the above-captioned actions, the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of the Action to be fair, reasonable and adequate and otherwise being fully informed in the premises and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.      All of the capitalized terms used herein shall have the same meanings as set forth in the Revised Stipulation and Agreement of Settlement dated as of June 1, 2022 (the "Stipulation"), and filed with the Court August 10, 2022 (Dkt. No. 55).

2.      This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all members of the Class who have not timely and validly requested exclusion.

3.      The Court hereby awards Lead Counsel attorneys' fees of one-third of the Settlement Fund, or $1,083,332.00, plus expenses in the amount of $35,216.89, together with the interest earned thereon for the same time period and at the same rate as that earned on the Settlement Fund until paid.  The Court finds that the amount of fees awarded is appropriate and that the amount of fees awarded is fair and reasonable under the "percentage-of-recovery" method given the substantial risks of non-recovery, the time and effort involved, and the result obtained for the Class.  The Court additionally finds that these costs and expenses were reasonably incurred in the ordinary course of prosecuting this case and were necessary given its complex nature and nationwide scope.

4.      Finally, the Court approves an award of $5,000 to Lead Plaintiff Andrew Bronstein.  Such award is reasonable and justified given:  the time and effort expended and the

work performed and the active participation in the litigation and settlement processes by the Lead Plaintiff on behalf of the members of the settlement class; the time the class representative spent away from family, friends, relationships, and work and other responsibilities while working on this matter on behalf of the Settlement Class; and the benefit to Settlement Class Members of Lead Plaintiff's actions on their behalf.

5.    The awarded attorneys' fees and expenses and interest earned thereon shall immediately be paid to Lead Counsel subject to the terms, conditions and obligations of the Stipulation, which terms, conditions and obligations are incorporated.