# Exhibit 3

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| JAMES CELESTE, Individually and on Behalf of All Others Similarly Situated, | § CIVIL ACTION NO. 4:21-cv-00307-SDJ<br>§ **[LEAD CASE]**<br>§ |
| Plaintiff, | § |
| v. | § CLASS ACTION<br>§<br>§ |
| INTRUSION, INC., JACK B. BLOUNT, MICHAEL L. PAXTON, B. FRANKLIN BYRD, T. JOE HEAD, GARY DAVIS, and JAMES GERO, | § § § § § § § |
| Defendants. | § |
| GEORGE NEELY and JOAN NEELY, Individually and on Behalf of All Others Similarly Situated, | § CIVIL ACTION NO. 4:21-cv-00374-SDJ<br>§ **[CONSOLIDATED]**<br>§ |
| Plaintiff, | § CLASS ACTION<br>§<br>§ |
| v. | § § |
| INTRUSION, INC., JACK B. BLOUNT, MICHAEL L. PAXTON, B. FRANKLIN BYRD, T. JOE HEAD, GARY DAVIS, and JAMES GERO, | § § § § § |
| Defendants. | § § |

**DECLARATION OF LEAD PLAINTIFF ANDREW BRONSTEIN IN SUPPORT OF: (1) LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION; AND (2) LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND <u>REIMBURSEMENT OF LITIGATION EXPENSES</u>**

I, Andrew Bronstein, declare as follows:

1.    I am the Court-appointed Lead Plaintiff in the above-captioned securities class action (the "Action").[1] I respectfully submit this declaration in support of (a) Lead Plaintiffs' motion for final approval of the proposed Settlement and approval of the proposed Plan of Allocation; and (b) Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses, including approval of my request to recover the reasonable costs and expenses I incurred in connection with my representation of the Settlement Class in the prosecution of this Action.

2.    I am aware of and understand the requirements and responsibilities of a representative plaintiff in a securities class action, including those set forth in the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4. I have personal knowledge of the matters set forth in this declaration, as I have been directly involved in monitoring and overseeing the prosecution of the Action, as well as the negotiations leading to the Settlement, and I could and would testify competently to these matters.

## I.    OVERSIGHT OF THE LITIGATION

3.    By Order dated November 23, 2021, the Court: (a) appointed me to serve as Lead Plaintiff for the Action; and (b) approved my selection of The Rosen Law Firm P.A. to serve as Lead Counsel, and the Steckler Wayne Cochran Cherry, PLLC to serve as Liaison Counsel, for the putative class. ECF No. 32.

---

[1] Unless otherwise defined, all capitalized terms herein have the same meanings as set forth in the Revised Stipulation and Agreement of Settlement, dated as of June 1, 2022, and filed with the Court on August 10, 2022, ECF No. 55 (the "Stipulation").

1

4.    In fulfillment of my responsibilities as a Lead Plaintiff on behalf of all class members in this Action, I worked closely with Lead Counsel regarding the litigation and resolution of this case.

5.    Throughout my involvement in this litigation, I received periodic status reports from Lead Counsel on case developments, and participated in regular discussions concerning the prosecution of the Action, the strengths of and risks to the claims, and potential settlement.  In particular, I: (a) regularly communicated with my attorneys regarding the posture and progress of the case, as well as strategy; (b) produced documents to my attorneys; (c) reviewed all significant pleadings and briefs filed in the Action; (d) consulted with my attorneys regarding the settlement negotiations; and (e) evaluated and approved the proposed Settlement.

## II.    APPROVAL OF THE SETTLEMENT

6.    Through my active participation, I was kept informed of the progress of the settlement negotiations in this litigation.  Before, during, and after the mediation process presided over by mediator Jed Melnick, Esq. of JAMS Solutions, I conferred with my attorneys regarding the parties' respective positions and the progress of the settlement negotiations.

7.    Based on my involvement in the prosecution and resolution of the claims asserted in the Action, I believe the Settlement is a good result for the Settlement Class, particularly in light of the risks of continued litigation.  Thus, I believe the proposed Settlement is fair, reasonable, and adequate to the Settlement Class and I endorse approval of the Settlement by the Court.

## III.    LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES

8.    I believe Lead Counsel's request for an award of attorneys' fees in the amount of 33⅓% of the Settlement Fund is fair and reasonable in light of the work Lead Counsel performed on behalf of the Settlement Class.  I evaluated Lead Counsel's fee request by considering the work

performed, the recovery obtained for the Settlement Class, and the risks of the Action, and have authorized this fee request for the Court's ultimate determination.

9.    I further believe that the litigation expenses Lead Counsel has requested reimbursement for are reasonable, and represent costs and expenses necessary for the prosecution and resolution of the claims in the Action.  Based on the foregoing, and consistent with my obligation to the Settlement Class to obtain the best result at the most efficient cost, I fully support Lead Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses.

10.    I understand that reimbursement of a class representative's reasonable costs and expenses is authorized under the PSLRA, 15 U.S.C. § 78u-4(a)(4).  For this reason, in connection with Lead Counsel's request for reimbursement of Litigation Expenses, I am seeking reimbursement for the costs and expenses that I incurred directly relating to my representation of the Settlement Class in the Action.

11.    I am currently the President of EXIT360, Inc., a developer of exit-interview software. I have been in this role since October 2020. The time I devoted to the representation of the Settlement Class in this Action was time that I otherwise would have spent at my job or engaged in other activities and, thus, represented a cost to me.  I seek reimbursement in the amount of $5,000 for the time I devoted to participating in this Action.  I make this request based on the conservative effort that I devoted approximately 40 hours to the litigation-related activities described.  It is my belief that this request for reimbursement is fair and reasonable.

## IV.    CONCLUSION

12.    In conclusion, I endorse the Settlement as fair, reasonable, and adequate.  I appreciate the Court's attention to the facts presented in my declaration and request that the Court approve: (a) Lead Plaintiff's motion for final approval of the proposed Settlement and approval of

the Plan of Allocation; (b) Lead Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses; and (c) my request for reimbursement of the reasonable costs and expenses incurred in prosecuting the Action on behalf of the Settlement Class.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this November __, 2022 in Philadelphia, Pennsylvania.

10/31/2022

DocuSigned by:

*Andrew Bronstein*

Andrew Bronstein
010FE735F5E14D6...

4