# Exhibit 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| JAMES CELESTE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> INTRUSION, INC., JACK B. BLOUNT, MICHAEL L. PAXTON, B. FRANKLIN BYRD, T. JOE HEAD, GARY DAVIS, and JAMES GERO, <br><br> Defendants. | § CIVIL ACTION NO. 4:21-cv-00307-SDJ <br> § **[LEAD CASE]** <br> § <br> § <br> § <br> § CLASS ACTION <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § |
| GEORGE NEELY and JOAN NEELY, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> INTRUSION, INC., JACK B. BLOUNT, MICHAEL L. PAXTON, B. FRANKLIN BYRD, T. JOE HEAD, GARY DAVIS, and JAMES GERO, <br><br> Defendants. | § CIVIL ACTION NO. 4:21-cv-00374-SDJ <br> § **[CONSOLIDATED]** <br> § <br> § CLASS ACTION <br> § <br> § <br> § <br> § <br> § **DECLARATION OF STUART L. COCHRAN** <br> § <br> § <br> § <br> § <br> § |

I, Stuart L. Cochran, declare and state, under penalty of perjury, that the following is true and correct to the best of my knowledge, information, and belief:

1.      I am an attorney duly licensed to practice law in the State of Texas and before this Court.

2.      I am Managing Partner at Cochran Law PLLC and Liaison Counsel for Lead Plaintiff in this Action. I have personal knowledge of the matters set forth herein and, if called upon, I could and would completely testify thereto.

3.    A copy of Cochran Law PLLC's resume is annexed hereto as Exhibit A.

4.    Stuart L. Cochran (previously with the firm Steckler Wayne Cochran Cherry LLC and now Cochran Law PLLC) has been involved in this Action since its inception in 2021 and continuing throughout all other aspects of this Action.

5.    Cochran Law PLLC rendered the following legal services in connection with the prosecution of this Action: (a) review, editing, and filing of pleadings and (b) advice and guidance on local rules and strategy.

6.    The chart below is a summary of time expended by the attorneys and professional staff of Cochran Law PLLC on this Action, and the lodestar calculation based on their current billing rate. The chart was prepared from contemporaneous, daily time records regularly prepared and maintained by my firm. Time spent in preparing this Declaration in support of my firm's application for fees and reimbursement of expenses and any other time related to billing or periodic time reporting has not been included in this chart.

| Professional (position)* | Years in Practice | Hourly Rate | Hours Worked | Lodestar |
|---|---|---|---|---|
| Stuart L. Cochran (P) | 22 | $850.00 | 4.0 | 3,400 |
| Lisa Medeles (PL) | 32 | $125.00 | 12.75 | 1,593.75 |
| **Total** | | | **16.75** | **$4,993.75** |

* Partner (P), Paralegal (PL).

7.    From the inception of this Action through November 1, 2022, my firm performed a total of 16.75 professional work hours in the prosecution of this Action. The total lodestar amount for my firm is $4,993.75.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 1st day of November 2022.

Stuart L. Cochran

# EXHIBIT A



**COCHRAN LAW PLLC** specializes in complex business/commercial litigation, class actions, and consumer cases across the country. Its lawyers have over a quarter century in litigating challenging, cutting edge issues and are frequently voted by their peers as among the best in the business.

**STUART L. COCHRAN** has a nationally-recognized class-action practice and has repeatedly been voted by his peers as one of the Best Lawyers in Dallas, as published by D Magazine, and as a Rising Star and Super Lawyer.  Stuart focuses his practice on complex commercial, consumer, and class cases, on both sides of the bar, having represented publicly-traded corporations, privately-held businesses, and individuals. Stuart spent the first six years of his career in the trial section of one of the largest international firms in the United States, where he gained experience in a wide variety of cases involving numerous industries, including energy, commercial real estate, telecom, IT, aerospace, accounting/audit, aviation, healthcare, logistics, insurance, commodities, and securities.  Since that time, he has been a partner at various litigation boutiques before forming Cochran Law.  He has represented clients in federal, state, and arbitration proceedings across the nation, including Texas, Oklahoma, Arizona, Alabama, Georgia, Arkansas, Missouri, Maryland, New York, Colorado, Washington, D.C., Florida, Illinois, California, Ohio, Washington state, Massachusetts, and North Carolina.

Stuart has been appointed class counsel in many certified class actions, resulting in tens of millions of dollars in recovered damages and injunctive relief for class members, including:



- *Morrison v. Ross Stores, Inc.,* No. 4-18-cv-02671 (N.D. Cal)

- *Miloro v. Van's International Foods, Inc.,* No. 15PH-CV00642 (Circuit Court for Phelps County, Missouri)

- *Tovar v. Drews LLC,* No. 16-L-313 (Circuit Court for St. Clair County, Illinois)

- *Morrison and Collier v. Natural Chemistry, L.P.*, No. 16SL-CC01991 (Circuit Court of St. Louis County, Missouri)

- *Dugan v. Topco Associates LLC,* No. 16-L-446 (Circuit Court for St. Clair County, Illinois)

- *Pryzbysz et. al. v. Kraft Heinz Foods Co.,* No. 17-L-0402 (Circuit Court for St. Clair County, Illinois)

- *Barnes et. al. v. River North Foods, Inc.,* No. 16-L-459 (Circuit Court for St. Clair County, Illinois)

- *Hansen-Mitchell et. al. v. Welspun USA, Inc., et. al.,* No. 19-L-0391 (Circuit Court for St. Clair County, Illinois)

Stuart is often asked to serve as local or liaison class counsel in federal securities

fraud cases, including:

- *Cecere v. Eric S. Langan, RCI Hospitality Holdings, Inc., et al.,* No. 4:19-cv-03080 (pending in the United States District Court for the Southern District of Texas)

- *Bodin v. SAExploration Holdings, Inc., et al.,* No. 4:19-cv-03089 (pending in the United States District Court for the Southern District of Texas)

- *White v. Just Energy Group, Inc., et al.,* No. 4:20-cv-590 (pending in the United States District Court for the Southern District of Texas)

- *Bremer v. SolarWinds Corporation, et al.,* No. 1:21-cv-2 (pending in the United States District Court for the Western District of Texas)

- *Patel v. Reata Pharmaceuticals, Inc., et al., No.,* 4:20-cv-00796 (pending in the United States District Court for the Eastern District of Texas)



- *Bettiol v. Energy Transfer LP, LE GP, LLC,* No. 3:19-cv-02890 (pending in the United States District Court for the Northern District of Texas)

- *McKenna v. Ronald Cogburn, et al.,* No. 3:20-cv-1800 (pending in the United States District Court for the Northern District of Texas)

- *Torres v. Berry Corporation et al.,* No. 3:20-cv-03464 (pending in the United States District Court for the Northern District of Texas)

From 2015-2017, Stuart was chosen by the President of the State Bar of Texas to serve on the State Bar of Texas' Pattern Jury Charge Committee for the Business and Consumer Section. That Committee is responsible for editing and publishing the jury instructions and questions that are submitted in every business and consumer case across the state of Texas. Stuart has repeatedly been selected as Super Lawyer and is AV Preeminent Rated by Martindale Hubbell, the highest rating a lawyer can attain. In 2017, Stuart was recognized by Top Verdict for obtaining one of the fifty biggest settlements in the state of Illinois.  In 2018, Stuart was asked to present a mock argument at the American Bar Association's Antitrust Annual Meeting in Washington, D.C.  In 2020, Stuart was again recognized by Top Verdict, this time for obtaining the second largest settlement in the state of Illinois.

Stuart is an Honors graduate of the University of Texas at Austin, where he obtained both his B.A. and his J.D.  He is licensed in Texas and Missouri and is admitted or has been admitted for limited purposes in many federal courts across the country, including the United States District Courts for the Northern, Eastern, Southern, and Western Districts of Texas; United States District Courts for the Southern, and Northern Districts of California; United States District Court for the Southern District of Illinois;



United States District Court for the Southern District of Ohio; United States District Court for the Eastern District of Missouri, and the United States District Court for the Western District of Washington.

**BLAKE E. MATTINGLY** has worked with Stuart since 2017, his third year of law school.   Blake has gained a significant litigation experience in a wide array of practice areas including commercial disputes, class actions, products liability, antitrust, restrictive covenants, and employment disputes for defendants and plaintiffs in state and federal court. Blake has successfully opposed the enforcement of arbitration agreements in federal court, obtained an appellate victory in a products liability and medical malpractice suit, and effectively advocates for his clients in and out of the courtroom. Blake enjoys litigating complex legal issues and the continual learning opportunities that practicing law provides.   He has successfully briefed, argued and won temporary restraining orders, motions for summary judgment, and other motions in both state and federal courts.

During law school, Blake interned for the Honorable Joseph H.L. Perez-Montes in the Western District of Louisiana, was a member of SMU's International Law Review and Phi Delta Phi, was a Chief Student Attorney with the Small Business & Trademark Clinic, and was selected as an inaugural board member for the All-Clinic Student Advisory Board. Blake was also selected for several off-campus moot court teams where he won an award for Best Oralist and made it to the semifinal and final rounds in different competitions.