**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| JAMES CELESTE, Individually and On Behalf of All Others Similarly Situated | § § § § | CIVIL NO. 4:21-CV-307-SDJ **LEAD CASE** |
| GEORGE NEELY, ET AL., Individually and On Behalf of All Others Similarly Situated<br><br>v. | § § § § § | CIVIL NO. 4:21-CV-374-SDJ |
| INTRUSION INC., ET AL. | § | |

**ORDER**

Before the Court is the Intrusion Defendants' Unopposed Motion for Leave to Appear Remotely or by Telephone at the Settlement Fairness Hearing. (Dkt. #67). After full consideration, the Court **GRANTS** the motion.

It is therefore **ORDERED** that counsel for Defendants Intrusion, Inc., B. Franklin Byrd, Michal L. Paxton, T. Joe Head, Gary Davis, and James Gero may appear remotely by video conference at the November 30, 2022, settlement fairness hearing. The Court will send counsel a link and password for the video conference ahead of the hearing.

**So ORDERED and SIGNED this 8th day of November, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE