**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| JAMES CELESTE, Individually and On Behalf of All Others Similarly Situated | § § § § | CIVIL NO. 4:21-CV-307-SDJ **LEAD CASE** |
| GEORGE NEELY, ET AL., Individually and On Behalf of All Others Similarly Situated | § § § § | CIVIL NO. 4:21-CV-374-SDJ |
| v. | § § | |
| INTRUSION INC., ET AL. | § | |

## ORDER

Before the Court is Lead Plaintiff's Unopposed Motion for Leave to Exceed Page Limits. (Dkt. #64). After full consideration, the Court **GRANTS** the motion.

It is therefore **ORDERED** that the following motions are deemed properly filed as to their respective lengths of nineteen and twenty-two pages: (1) Lead Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement and Plan of Allocation, (Dkt. #65), and (2) Lead Counsel's Motion for Award of Attorneys' Fees and Reimbursement of Expenses. (Dkt. #66).

**So ORDERED and SIGNED this 14th day of November, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE