UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| JAMES CELESTE, Individually and On Behalf of All Others Similarly Situated | § § § § | CIVIL NO. 4:21-CV-307-SDJ **LEAD CASE** |
|---|---|---|
| GEORGE NEELY, ET AL., Individually and On Behalf of All Others Similarly Situated<br><br>v.<br>INTRUSION INC., ET AL. | § § § § § § | CIVIL NO. 4:21-CV-374-SDJ |

## FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order on this date, it is **CONSIDERED**, **ORDERED**, and **ADJUDGED** that this case is hereby **DISMISSED**. The Court will retain jurisdiction over this action for purposes of enforcing the terms of the class settlement agreement.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to close this civil case.

**So ORDERED and SIGNED this 16th day of December, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE