UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JAMES CELESTE, Individually and On Behalf of All Others Similarly Situated | § § § § | CIVIL NO. 4:21-CV-307-SDJ **LEAD CASE** |
| GEORGE NEELY, ET AL., Individually and On Behalf of All Others Similarly Situated  v. | § § § § § § | CIVIL NO. 4:21-CV-374-SDJ |
| INTRUSION INC., ET AL. | § | |

## ORDER

Before the Court is Lead Plaintiff's Unopposed Motion for Scheduling Order for Motion for Distribution of Class Action Settlement Funds. (Dkt. #76). After full consideration, the Court **GRANTS** the motion. The Court will enter a scheduling order governing the distribution of class settlement funds.

**So ORDERED and SIGNED this 10th day of January, 2023.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE