**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| JAMES CELESTE, Individually and On Behalf of All Others Similarly Situated | § § § § | CIVIL NO. 4:21-CV-307-SDJ **LEAD CASE** |
| GEORGE NEELY, ET AL., Individually and On Behalf of All Others Similarly Situated<br><br>v. | § § § § § | CIVIL NO. 4:21-CV-374-SDJ |
| INTRUSION INC., ET AL. | § | |

## ORDER

Before the Court is the Joint Motion to Appear Remotely at the Distribution Hearing. (Dkt. #77). After full consideration, the Court **GRANTS** the motion.

It is therefore **ORDERED** that counsel for Lead Plaintiff Andrew Bronstein and for Defendants Intrusion, Inc., Jack B. Blount, B. Franklin Byrd, Michael L. Paxton, T. Joe Head, Gary Davis, and James Gero may appear remotely by video conference at the March 31, 2023, settlement fund distribution hearing. The Court will send counsel a link and password for the video conference ahead of the hearing.

**So ORDERED and SIGNED this 10th day of January, 2023.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE