# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| JAMES CELESTE, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>INTRUSION, INC., JACK B. BLOUNT, MICHAEL L. PAXTON, B. FRANKLIN BYRD, T. JOE HEAD, GARY DAVIS, and JAMES GERO,<br><br>    Defendants. | § CIVIL ACTION NO. 4:21-cv-00307-SDJ<br>§ [**LEAD CASE**]<br>§<br>§<br>§ CLASS ACTION<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |
| GEORGE NEELY and JOAN NEELY, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>INTRUSION, INC., JACK B. BLOUNT, MICHAEL L. PAXTON, B. FRANKLIN BYRD, T. JOE HEAD, GARY DAVIS, and JAMES GERO,<br><br>    Defendants. | § CIVIL ACTION NO. 4:21-cv-00374-SDJ<br>§ [**CONSOLIDATED**]<br>§<br>§ CLASS ACTION<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## [PROPOSED] ORDER FOR DISTRIBUTION OF CLASS ACTION SETTLEMENT FUNDS

**IT IS HEREBY ORDERED THAT**:

1.     The Net Settlement Fund shall be distributed on a pro rata basis to the Authorized Claimants identified in Exhibit B-1 to the Declaration of Josephine Bravata Concerning the Results of the Claims Administration Process, at the direction of Lead Counsel, pursuant to the Revised Stipulation and Agreement of Settlement dated as of June 1, 2022 (the "Stipulation") (ECF. No. 55) and the Plan of Allocation set forth in the Notice of Pendency and Settlement of Class Action that was distributed pursuant to this Court's prior Order (ECF No. 56).

2.     Any person asserting any rejected or subsequently filed claims are finally and forever barred from the date of this Order.

3.     The Court finds that the administration of the Settlement and proposed distribution of the Net Settlement Fund comply with the terms of the Stipulation and the Plan of Allocation and that all persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the claims submitted herein, or otherwise involved in the administration or taxation of the Gross Settlement Fund, Net Settlement Fund or Escrow Accounts are released and discharged from any and all claims arising out of such involvement, and all Settlement Class Members are barred from making any further claims against the Gross Settlement Fund or the Net Settlement Fund or the Released Parties beyond the amount allocated to them pursuant to this Order.

4.     The checks for distribution to Authorized Claimants shall bear the notation "CASH PROMPTLY, VOID AND SUBJECT TO RE-DISTRIBUTION 180 DAYS AFTER DISTRIBUTION DATE." Lead Counsel and the Claims Administrator, Strategic Claims Services ("SCS"), are authorized to locate and/or contact any Authorized Claimant who has not cashed his, her or its check within said time.

1

5.      This Court retains jurisdiction over any further application or matter which may arise in connection with this action.

IT IS SO ORDERED.