**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| JAMES CELESTE, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>INTRUSION, INC., JACK B. BLOUNT, MICHAEL L. PAXTON, B. FRANKLIN BYRD, T. JOE HEAD, GARY DAVIS, and JAMES GERO,<br><br>    Defendants. | § CIVIL ACTION NO. 4:21-cv-00307-SDJ<br>§ [**LEAD CASE**]<br>§<br>§<br>§ CLASS ACTION<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |
| GEORGE NEELY and JOAN NEELY, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>INTRUSION, INC., JACK B. BLOUNT, MICHAEL L. PAXTON, B. FRANKLIN BYRD, T. JOE HEAD, GARY DAVIS, and JAMES GERO,<br><br>    Defendants. | § CIVIL ACTION NO. 4:21-cv-00374-SDJ<br>§ [**CONSOLIDATED**]<br>§<br>§ CLASS ACTION<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**NOTICE OF FILING OF DECLARATION OF JOSEPHINE BRAVATA CONCERNING
THE RESULTS OF THE CLAIMS ADMINISTRATION PROCESS**

**COMES NOW** Lead Plaintiff Andrew Bronstein ("Bronstein " or "Lead Plaintiff") in the above referenced matter and files this Notice of Filing of DECLARATION OF JOSEPHINE BRAVATA CONCERNING THE RESULTS OF THE CLAIMS ADMINISTRATION PROCESS and would show the court as follows:

-1-

Attached is the DECLARATION OF JOSEPHINE BRAVATA CONCERNING THE RESULTS OF THE CLAIMS ADMINISTRATION PROCESS notifying the Court of the results of the claims administration process pursuant to the Settlement Agreement in the above referenced matter.

Dated: February 21, 2023.                    Respectfully submitted,


**COCHRAN LAW PLLC**

By*: /s/ Stuart L. Cochran*
Stuart L. Cochran
Texas Bar No. 24027936
8140 Walnut Hill Lane, St. 250
Dallas, Texas 75231
Tel: (469) 333-3405
Email: stuart@scochranlaw.com

*Liaison Counsel for Plaintiff and the Class*

**THE ROSEN LAW FIRM, P.A.**
By*: /s/ Brent J. LaPointe*
Brent J. LaPointe (*pro hac vice*)
Phillip Kim (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, New York 10016
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: blapointe@rosenlegal.com
Email: pkim@rosenlegal.com

*Lead Counsel for the Plaintiff and the Class*

-3-

## <u>CERTIFICATE OF SERVICE</u>

I certify that on February 21, 2023, a copy of this document was served on all counsel of record by operation of the Court's electronic filing system.

*/s/ Stuart L. Cochran*
Stuart L. Cochran