# EXHIBIT A

**EXHIBIT A**

**REPORT OF THE CLAIMS ADMINISTRATOR**

**INTRUSION, INC. SECURITIES LITIGATION**

TOTAL # OF CLAIMS…………………………………………………… <u>1,634</u>

TOTAL # OF APPROVED VALID CLAIMS………………………………… <u>963</u>

TOTAL # OF INELIGIBLE CLAIMS……………………………….....  <u>671</u>

       NO RECOGNIZED LOSSES..........................................430
       PURCHASED OUTSIDE CLASS PERIOD...................109
       SHARES NOT PURCHASED ........................................44
       INADEQUATE DOCUMENTATION ...........................40
       DUPLICATE CLAIMS ..................................................28
       SHARES SOLD SHORT...............................................16
       WRONG STOCK ...........................................................3
       FRAUDULENT CLAIM FILED.......................................1

       TOTAL ......................................................................<u>671</u>

TOTAL RECOGNIZED LOSSES ..........................................................$22,292,964.71