# EXHIBIT B-1

**TIMELY, PROPERLY DOCUMENTED CLAIMS**  **EXHIBIT B-1**

| Claim # | Recognized Losses |
|---|---|
| 2 | 3,390.00 |
| 3 | 1,624.00 |
| 4 | 676.48 |
| 5 | 190.00 |
| 6 | 1,208.00 |
| 7 | 1,510.00 |
| 10 | 172.95 |
| 11 | 5,989.75 |
| 12 | 98,563.00 |
| 13 | 203.00 |
| 16 | 13,060.00 |
| 17 | 279.00 |
| 18 | 36,620.00 |
| 19 | 760.00 |
| 20 | 1,296.00 |
| 23 | 2,375.00 |
| 24 | 2,375.00 |
| 25 | 5,273.00 |
| 26 | 12,781.00 |
| 27 | 7,665.00 |
| 28 | 365,600.00 |
| 29 | 475.00 |
| 30 | 47,811.60 |
| 31 | 821.00 |
| 32 | 410.50 |
| 33 | 1,382.00 |
| 34 | 5.31 |
| 35 | 678.00 |
| 37 | 2,040.00 |
| 38 | 4,116.69 |
| 39 | 3,390.00 |
| 40 | 475.00 |
| 41 | 356.25 |
| 42 | 678.00 |
| 43 | 9,563.00 |
| 44 | 2,163.50 |
| 45 | 7,557.50 |
| 46 | 8,190.00 |
| 47 | 1,153.00 |
| 48 | 1,153.00 |
| 49 | 1,356.00 |
| 50 | 5,424.00 |
| 51 | 1,153.00 |
| 52 | 475.00 |
| 53 | 118.75 |
| 55 | 332.22 |
| 56 | 2,786.58 |
| 57 | 2,375.00 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**                    **EXHIBIT B-1**

| Claim # | Recognized Losses |
|---------|-------------------|
| 58 | 2,423.00 |
| 60 | 6,780.00 |
| 61 | 406.00 |
| 62 | 6,061.00 |
| 63 | 11,936.00 |
| 64 | 1,278.00 |
| 65 | 339.00 |
| 66 | 678.00 |
| 67 | 12,411.00 |
| 68 | 1,492.00 |
| 69 | 43,676.00 |
| 70 | 157,257.00 |
| 71 | 2,921.25 |
| 72 | 25,966.22 |
| 73 | 44,594.08 |
| 74 | 8,169.00 |
| 75 | 203.50 |
| 76 | 2,041.06 |
| 77 | 3,804.50 |
| 78 | 2,597.50 |
| 79 | 5,484.50 |
| 80 | 23,669.00 |
| 81 | 7,121.00 |
| 82 | 3,891.03 |
| 83 | 1,532.83 |
| 84 | 825.37 |
| 85 | 16,734.15 |
| 86 | 1,900.00 |
| 87 | 8,008.81 |
| 88 | 7,899.97 |
| 89 | 2,058.89 |
| 90 | 950.00 |
| 91 | 7,437.40 |
| 92 | 2,838.91 |
| 93 | 571.41 |
| 94 | 1,106.54 |
| 95 | 14,929.22 |
| 96 | 13,768.26 |
| 97 | 12,652.65 |
| 98 | 7,560.00 |
| 99 | 17,295.00 |
| 100 | 4,760.00 |
| 101 | 10,180.00 |
| 103 | 4,469.90 |
| 109 | 2,282.28 |
| 110 | 37.77 |
| 111 | 6,992.00 |
| 113 | 9,554.69 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**                    **EXHIBIT B-1**

| Claim # | Recognized Losses |
|---|---|
| 114 | 3,800.00 |
| 115 | 2,185.00 |
| 116 | 1,734.16 |
| 120 | 1,738.00 |
| 122 | 747,861.00 |
| 123 | 2,480.00 |
| 125 | 4,538.48 |
| 126 | 401.66 |
| 135 | 655.50 |
| 136 | 960.00 |
| 137 | 4,960.00 |
| 141 | 453.00 |
| 143 | 1,458.60 |
| 145 | 475.00 |
| 148 | 2,451.00 |
| 150 | 17,776.85 |
| 151 | 3,760.00 |
| 152 | 432.00 |
| 153 | 1,878.50 |
| 154 | 874.00 |
| 155 | 8,690.00 |
| 156 | 41.80 |
| 157 | 16,235.00 |
| 158 | 678.00 |
| 160 | 1,278.00 |
| 162 | 9,500.00 |
| 165 | 281.70 |
| 167 | 475.00 |
| 168 | 403.75 |
| 169 | 4,592.25 |
| 170 | 76.00 |
| 174 | 183.06 |
| 175 | 24.09 |
| 177 | 181.20 |
| 178 | 302.00 |
| 179 | 1,057.00 |
| 181 | 5,775.00 |
| 183 | 2,034.00 |
| 184 | 2,170.00 |
| 185 | 5,175.45 |
| 186 | 1,788.00 |
| 188 | 5,662.61 |
| 189 | 199.32 |
| 191 | 824.30 |
| 192 | 1.52 |
| 193 | 2,712.00 |
| 194 | 475.00 |
| 195 | 226.75 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**                    **EXHIBIT B-1**

| Claim # | Recognized Losses |
|---|---|
| 196 | 6,530.00 |
| 197 | 4,864.00 |
| 198 | 5,112.00 |
| 199 | 950.00 |
| 200 | 1,278.00 |
| 201 | 950.00 |
| 203 | 1,382.00 |
| 204 | 2,556.00 |
| 205 | 907.00 |
| 206 | 678.00 |
| 207 | 43.20 |
| 208 | 18.14 |
| 209 | 2,524.00 |
| 210 | 76.00 |
| 213 | 321.75 |
| 214 | 142.50 |
| 215 | 1,382.00 |
| 216 | 170.00 |
| 219 | 1.09 |
| 220 | 4,370.00 |
| 221 | 10,534.00 |
| 222 | 4,437.50 |
| 224 | 1,467.00 |
| 225 | 355.25 |
| 227 | 485.64 |
| 228 | 271.20 |
| 229 | 295.46 |
| 230 | 375.51 |
| 231 | 356.25 |
| 232 | 1,900.00 |
| 233 | 2,375.00 |
| 234 | 185.25 |
| 235 | 4,135.00 |
| 236 | 406.00 |
| 238 | 1,713.36 |
| 241 | 101.50 |
| 242 | 2,730.00 |
| 244 | 25,650.00 |
| 245 | 437.00 |
| 246 | 626.22 |
| 247 | 203.00 |
| 250 | 101.50 |
| 251 | 978.88 |
| 252 | 4,345.00 |
| 253 | 2,127.36 |
| 255 | 4,370.00 |
| 256 | 175.75 |
| 257 | 320.00 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**          **EXHIBIT B-1**

| Claim # | Recognized Losses |
|---|---|
| 258 | 5,770.80 |
| 259 | 609.00 |
| 260 | 453.50 |
| 265 | 218.50 |
| 268 | 359.34 |
| 269 | 351.30 |
| 270 | 339.00 |
| 274 | 22,509.60 |
| 276 | 19,314.26 |
| 277 | 2,163.90 |
| 278 | 5,077.50 |
| 279 | 2,592.00 |
| 281 | 2,442.00 |
| 283 | 1,356.00 |
| 284 | 203.00 |
| 285 | 36,975.95 |
| 286 | 1,231.50 |
| 287 | 11.14 |
| 288 | 3,735.00 |
| 289 | 674.77 |
| 291 | 953.60 |
| 293 | 678.00 |
| 294 | 475.00 |
| 296 | 475.00 |
| 300 | 678.00 |
| 301 | 608.00 |
| 303 | 302.00 |
| 305 | 542.40 |
| 307 | 1,092.50 |
| 308 | 542.40 |
| 309 | 1,587.20 |
| 310 | 9,420.00 |
| 311 | 1,710.00 |
| 312 | 5,788.00 |
| 313 | 2,128.00 |
| 314 | 142.50 |
| 316 | 4,142.50 |
| 319 | 950.00 |
| 324 | 1,083.55 |
| 325 | 148.88 |
| 326 | 3,000.00 |
| 327 | 203.40 |
| 330 | 33.90 |
| 333 | 6,780.00 |
| 334 | 103,100.00 |
| 336 | 1,653.40 |
| 339 | 437.00 |
| 340 | 71.25 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**          **EXHIBIT B-1**

| Claim # | Recognized Losses |
|---|---|
| 341 | 169.50 |
| 344 | 23,475.00 |
| 345 | 950.00 |
| 348 | 181.40 |
| 353 | 438.48 |
| 355 | 1,762.80 |
| 357 | 712.95 |
| 358 | 90.40 |
| 359 | 106.50 |
| 360 | 72,577.00 |
| 362 | 3,325.00 |
| 363 | 7,125.00 |
| 364 | 51,000.00 |
| 366 | 38.88 |
| 368 | 6,780.00 |
| 370 | 632.65 |
| 372 | 3,765.50 |
| 375 | 124,700.00 |
| 376 | 17,000.00 |
| 377 | 1,092.50 |
| 378 | 2,560.00 |
| 379 | 13.11 |
| 380 | 908.96 |
| 384 | 0.80 |
| 386 | 41.05 |
| 389 | 6.95 |
| 392 | 463.99 |
| 394 | 1,017.00 |
| 395 | 870.40 |
| 396 | 870.40 |
| 400 | 27.12 |
| 402 | 1,900.80 |
| 405 | 6.92 |
| 406 | 143.18 |
| 408 | 427.26 |
| 410 | 340.00 |
| 412 | 23,848.68 |
| 413 | 133.00 |
| 419 | 164.70 |
| 421 | 95.00 |
| 422 | 1,356.00 |
| 424 | 432.00 |
| 425 | 2,592.00 |
| 427 | 1,900.00 |
| 428 | 18,140.00 |
| 430 | 181.40 |
| 432 | 40,750.00 |
| 434 | 1,527.18 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**                    **EXHIBIT B-1**

| Claim # | Recognized Losses |
|---|---|
| 435 | 481.86 |
| 438 | 1,036.50 |
| 439 | 3,506.50 |
| 440 | 1,600.00 |
| 441 | 1,036.25 |
| 442 | 680.00 |
| 447 | 96.00 |
| 449 | 15,306.00 |
| 450 | 509.50 |
| 452 | 140.58 |
| 454 | 4.32 |
| 455 | 150.71 |
| 456 | 876.50 |
| 458 | 4,750.00 |
| 460 | 15,860.00 |
| 461 | 51.12 |
| 462 | 1,053.17 |
| 463 | 1,491.60 |
| 464 | 1,084.80 |
| 465 | 79.44 |
| 468 | 101.50 |
| 469 | 742.75 |
| 473 | 1,606.00 |
| 478 | 736.30 |
| 483 | 456.00 |
| 484 | 0.40 |
| 485 | 47.50 |
| 486 | 2,347.00 |
| 487 | 302.00 |
| 488 | 3,390.00 |
| 491 | 3,390.00 |
| 492 | 4,370.00 |
| 493 | 203.40 |
| 498 | 1,278.00 |
| 499 | 686.00 |
| 501 | 95.00 |
| 502 | 453.50 |
| 503 | 339.00 |
| 504 | 10,386.00 |
| 511 | 90.70 |
| 512 | 6,175.00 |
| 514 | 10,862.50 |
| 516 | 821.00 |
| 519 | 345.90 |
| 522 | 655.50 |
| 526 | 2,568.64 |
| 527 | 5,562.00 |
| 528 | 2,258.45 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**                    **EXHIBIT B-1**

| Claim # | Recognized Losses |
|---|---|
| 529 | 475.00 |
| 530 | 874.00 |
| 531 | 140.66 |
| 532 | 44.20 |
| 534 | 203.00 |
| 535 | 273.30 |
| 537 | 6,195.62 |
| 539 | 2,375.00 |
| 540 | 1,280.00 |
| 541 | 1,280.00 |
| 542 | 406.00 |
| 543 | 421.50 |
| 544 | 285.00 |
| 549 | 47.46 |
| 550 | 1,695.00 |
| 551 | 226.31 |
| 552 | 3,219.92 |
| 553 | 1,144.40 |
| 555 | 2,375.00 |
| 556 | 14,250.00 |
| 557 | 16,280.00 |
| 558 | 1,492.00 |
| 559 | 1,058.00 |
| 560 | 5,968.00 |
| 561 | 339.00 |
| 562 | 339.00 |
| 563 | 3,560.50 |
| 564 | 314.86 |
| 565 | 1,831.00 |
| 567 | 94.03 |
| 568 | 4.18 |
| 569 | 2.75 |
| 571 | 247.00 |
| 573 | 4,757.00 |
| 574 | 7,665.00 |
| 577 | 1,529.50 |
| 578 | 2,351.25 |
| 580 | 1,381.00 |
| 581 | 2,399.00 |
| 584 | 66,078.00 |
| 585 | 69,473.90 |
| 591 | 36,280.00 |
| 50005 | 1,321,086.89 |
| 50013 | 2,881.22 |
| 50019 | 2,536.50 |
| 50022 | 14,720.00 |
| 50023 | 3,367.25 |
| 50024 | 50,590.46 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**

**EXHIBIT B-1**

| Claim # | Recognized Losses |
|---|---|
| 50027 | 83,710.33 |
| 50042 | 99.86 |
| 50057 | 65,376.00 |
| 50064 | 429.05 |
| 50069 | 10,735.01 |
| 50074 | 42,434.27 |
| 50091 | 116.57 |
| 50092 | 31,914.74 |
| 50093 | 22,353.63 |
| 50094 | 1,581.12 |
| 50095 | 108,333.19 |
| 50096 | 2,574.42 |
| 50101 | 2,966.95 |
| 50102 | 563.32 |
| 50103 | 66,069.79 |
| 50108 | 69.12 |
| 50109 | 237.96 |
| 50111 | 5,842.38 |
| 50152 | 7,082.20 |
| 50159 | 22.80 |
| 50177 | 54,027.79 |
| 50183 | 159,267.71 |
| 50188 | 32,358.29 |
| 50189 | 1,641.00 |
| 50190 | 129.20 |
| 50204 | 302.00 |
| 50205 | 5,075.00 |
| 50206 | 22,699.00 |
| 50207 | 20,113.24 |
| 50208 | 10,391.57 |
| 50209 | 11,664.00 |
| 50210 | 5,075.00 |
| 50218 | 2,720.00 |
| 50220 | 2,224,753.08 |
| 50222 | 5,179.57 |
| 50226 | 912.00 |
| 50236 | 42,558.24 |
| 50237 | 863,297.46 |
| 50238 | 95,838.79 |
| 50239 | 899,190.27 |
| 50243 | 357,395.78 |
| 50245 | 54,420.00 |
| 50246 | 32,379.90 |
| 50247 | 3,769.78 |
| 50248 | 4,746.00 |
| 50249 | 38,219.98 |
| 50250 | 7,474.61 |
| 50251 | 25,350.65 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**  **EXHIBIT B-1**

| Claim # | Recognized Losses |
|---|---|
| 50252 | 4,104.65 |
| 50255 | 1,732.37 |
| 50256 | 11,559.90 |
| 50257 | 10,485.18 |
| 50258 | 235.82 |
| 50259 | 9,890.88 |
| 50260 | 9,968.40 |
| 50261 | 26,340.00 |
| 50262 | 678.00 |
| 50263 | 87,649.62 |
| 50264 | 54,459.90 |
| 50265 | 867.71 |
| 50266 | 9,247.52 |
| 50267 | 22,272.00 |
| 50268 | 2,847.60 |
| 50270 | 23,648.02 |
| 50271 | 1,904.76 |
| 50272 | 2,832.97 |
| 50273 | 1,471.26 |
| 50274 | 11,809.14 |
| 50275 | 1,819.29 |
| 50276 | 10,224.00 |
| 50278 | 88,904.65 |
| 50279 | 2,241.72 |
| 50280 | 626.77 |
| 50281 | 642.62 |
| 50282 | 26,014.25 |
| 50283 | 13,953.24 |
| 50285 | 94.92 |
| 50286 | 91,262.34 |
| 50288 | 5,932.50 |
| 50289 | 10,170.00 |
| 50290 | 2,542.50 |
| 50291 | 169.50 |
| 50292 | 853.07 |
| 50293 | 3,636.07 |
| 50294 | 13,478.02 |
| 50295 | 8,416.07 |
| 50296 | 5,886.43 |
| 50297 | 8,140.43 |
| 50298 | 8,343.63 |
| 50299 | 9,683.89 |
| 50300 | 1,400.77 |
| 50301 | 25,370.46 |
| 50302 | 854.24 |
| 50303 | 40,882.26 |
| 50304 | 6,713.55 |
| 50305 | 2,973.24 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**                                    **EXHIBIT B-1**

| Claim # | Recognized Losses |
|---|---|
| 50306 | 2,067.90 |
| 50307 | 1,450.43 |
| 50308 | 13,329.48 |
| 50309 | 4,488.36 |
| 50310 | 3,091.06 |
| 50311 | 208.61 |
| 50313 | 244.89 |
| 50314 | 4,915.50 |
| 50315 | 807.81 |
| 50316 | 19,472.16 |
| 50317 | 643.97 |
| 50318 | 1,017.00 |
| 50319 | 1,017.00 |
| 50320 | 108.48 |
| 50321 | 979.56 |
| 50322 | 335.59 |
| 50323 | 671.18 |
| 50325 | 5,654.52 |
| 50326 | 2,960.92 |
| 50327 | 11,417.91 |
| 50328 | 8,637.10 |
| 50329 | 1,800.06 |
| 50330 | 1,278.00 |
| 50332 | 94.92 |
| 50333 | 1,427.80 |
| 50334 | 74.58 |
| 50335 | 1,650.74 |
| 50336 | 6,885.58 |
| 50337 | 3,046.11 |
| 50338 | 5,537.92 |
| 50339 | 9,614.38 |
| 50340 | 7,994.27 |
| 50341 | 6,098.20 |
| 50342 | 6,059.11 |
| 50343 | 11,798.04 |
| 50344 | 2,382.66 |
| 50345 | 19,427.94 |
| 50346 | 29,767.74 |
| 50347 | 4,081.50 |
| 50348 | 7,092.74 |
| 50349 | 6,671.18 |
| 50350 | 9,240.09 |
| 50351 | 6,237.60 |
| 50352 | 1,242.27 |
| 50354 | 27,781.41 |
| 50355 | 475.68 |
| 50356 | 5,112.00 |
| 50357 | 7,776.66 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**                                        **EXHIBIT B-1**

| Claim # | Recognized Losses |
|---|---|
| 50358 | 1,186.50 |
| 50359 | 544.20 |
| 50360 | 237.30 |
| 50361 | 603.42 |
| 50362 | 2,848.82 |
| 50363 | 199.54 |
| 50364 | 217.68 |
| 50365 | 963.93 |
| 50366 | 613.21 |
| 50367 | 523.41 |
| 50368 | 8,280.91 |
| 50369 | 277.98 |
| 50370 | 1,151.89 |
| 50371 | 1,676.73 |
| 50372 | 3,615.86 |
| 50373 | 318.66 |
| 50374 | 2,246.97 |
| 50375 | 2,034.00 |
| 50376 | 10,195.98 |
| 50377 | 1,267.86 |
| 50378 | 6,314.27 |
| 50379 | 1,526.67 |
| 50381 | 1,457.70 |
| 50382 | 2,393.34 |
| 50383 | 371.87 |
| 50384 | 230,562.84 |
| 50385 | 2,806.92 |
| 50386 | 4,613.78 |
| 50387 | 970.49 |
| 50388 | 1,366.69 |
| 50389 | 574.73 |
| 50390 | 1,502.47 |
| 50391 | 1,817.04 |
| 50392 | 6,607.24 |
| 50393 | 3,747.15 |
| 50394 | 8,225.15 |
| 50395 | 718.86 |
| 50404 | 4,306.31 |
| 50408 | 9,654.07 |
| 50409 | 13,092.35 |
| 50410 | 454.80 |
| 50411 | 4,228.45 |
| 50412 | 8,023.77 |
| 50413 | 10,863.00 |
| 50414 | 1,968.40 |
| 50415 | 2,659.43 |
| 50416 | 7,433.19 |
| 50417 | 879.70 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**                    **EXHIBIT B-1**

| Claim # | Recognized Losses |
|---|---|
| 50419 | 3,220.50 |
| 50420 | 1,633.98 |
| 50421 | 3,345.72 |
| 50422 | 22,129.69 |
| 50423 | 2,736.00 |
| 50424 | 983.10 |
| 50425 | 12,971.35 |
| 50430 | 2,183.48 |
| 50431 | 2,400.71 |
| 50432 | 1,272.05 |
| 50433 | 2,775.42 |
| 50434 | 5,645.60 |
| 50435 | 4,378.41 |
| 50436 | 4,393.75 |
| 50437 | 5,722.32 |
| 50438 | 1,205.66 |
| 50439 | 6,258.30 |
| 50440 | 1,698.10 |
| 50441 | 1,206.84 |
| 50442 | 45,991.14 |
| 50443 | 3,595.52 |
| 50444 | 40,576.50 |
| 50445 | 9,718.01 |
| 50446 | 1,478.04 |
| 50447 | 2,158.40 |
| 50448 | 10,946.70 |
| 50449 | 2,128.00 |
| 50450 | 5,470.71 |
| 50451 | 477.43 |
| 50452 | 2,973.24 |
| 50453 | 2,315.76 |
| 50454 | 47,610.00 |
| 50456 | 214.20 |
| 50457 | 6,732.54 |
| 50458 | 10,908.90 |
| 50460 | 4,447.68 |
| 50468 | 99,481.94 |
| 50469 | 9,155.18 |
| 50470 | 4,575.03 |
| 50471 | 1,733.17 |
| 50472 | 7,654.82 |
| 50473 | 3,586.62 |
| 50474 | 11,698.56 |
| 50475 | 26,067.18 |
| 50476 | 28,476.25 |
| 50477 | 1,888.45 |
| 50478 | 766.14 |
| 50479 | 2,439.46 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**    **EXHIBIT B-1**

| Claim # | Recognized Losses |
|---|---|
| 50480 | 10,410.00 |
| 50481 | 1,193.40 |
| 50482 | 889.76 |
| 50483 | 7,283.65 |
| 50484 | 870.50 |
| 50485 | 1,287.16 |
| 50486 | 1,100.66 |
| 50487 | 633.60 |
| 50488 | 1,432.69 |
| 50489 | 644.94 |
| 50490 | 651.77 |
| 50491 | 756.05 |
| 50492 | 5,763.50 |
| 50493 | 1,457.78 |
| 50494 | 1,445.00 |
| 50495 | 1,457.78 |
| 50496 | 1,461.49 |
| 50497 | 1,457.78 |
| 50499 | 72,095.62 |
| 50500 | 3,501.31 |
| 50501 | 3,550.14 |
| 50502 | 2,108.70 |
| 50503 | 4,593.25 |
| 50504 | 1,230.25 |
| 50505 | 24,561.56 |
| 50506 | 4,807.00 |
| 50507 | 855.00 |
| 50509 | 3,961.41 |
| 50512 | 6,154.00 |
| 50513 | 1,030.56 |
| 50514 | 1,037.34 |
| 50515 | 1,738.50 |
| 50516 | 891.55 |
| 50517 | 986.56 |
| 50518 | 1,038.60 |
| 50519 | 2,436.99 |
| 50521 | 74.58 |
| 50522 | 29,703.18 |
| 50523 | 689.32 |
| 50524 | 1,758.18 |
| 50525 | 226.75 |
| 50526 | 943.59 |
| 50527 | 2,086.27 |
| 50528 | 2,495.81 |
| 50529 | 1,210.57 |
| 50530 | 798.74 |
| 50531 | 3,045.71 |
| 50532 | 613.21 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**                **EXHIBIT B-1**

| Claim # | Recognized Losses |
|---|---|
| 50533 | 672.03 |
| 50534 | 651.69 |
| 50535 | 34,085.89 |
| 50536 | 4,278.05 |
| 50537 | 3,932.40 |
| 50538 | 1,276.17 |
| 50539 | 613.21 |
| 50540 | 142.38 |
| 50541 | 963.66 |
| 50542 | 599.65 |
| 50543 | 1,052.12 |
| 50544 | 3,864.60 |
| 50545 | 979.56 |
| 50546 | 819.32 |
| 50547 | 13,210.26 |
| 50548 | 8,467.02 |
| 50550 | 4,538.48 |
| 50551 | 14,060.86 |
| 50552 | 5,859.87 |
| 50553 | 5,395.01 |
| 50554 | 6,120.00 |
| 50555 | 8,946.00 |
| 50556 | 2,556.00 |
| 50557 | 11,945.19 |
| 50558 | 199.54 |
| 50559 | 24,780.90 |
| 50560 | 6,390.00 |
| 50561 | 6,390.00 |
| 50562 | 3,400.00 |
| 50563 | 10,807.01 |
| 50564 | 12,780.00 |
| 50565 | 671.18 |
| 50567 | 678.00 |
| 50568 | 1,356.00 |
| 50569 | 27,120.00 |
| 50570 | 2,794.90 |
| 50571 | 11,024.04 |
| 50572 | 25,560.00 |
| 50573 | 1,695.00 |
| 50575 | 40,257.00 |
| 50577 | 3,963.59 |
| 50580 | 510.00 |
| 50584 | 907.00 |
| 50585 | 907.00 |
| 50586 | 907.00 |
| 50589 | 462.84 |
| 50592 | 475.00 |
| 50593 | 3,200.00 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**                    **EXHIBIT B-1**

| Claim # | Recognized Losses |
|---|---|
| 50595 | 4,746.70 |
| 50596 | 1,589.76 |
| 50598 | 1,979.40 |
| 50599 | 2,556.00 |
| 50602 | 171.80 |
| 50603 | 1,550.03 |
| 50604 | 590.02 |
| 50605 | 677.66 |
| 50607 | 895.37 |
| 50608 | 443.16 |
| 50609 | 5,041.31 |
| 50610 | 1,064.96 |
| 50611 | 114.00 |
| 50612 | 152.00 |
| 50613 | 8,169.13 |
| 50615 | 1,278.00 |
| 50616 | 2,721.00 |
| 50619 | 1,407.90 |
| 50620 | 321.20 |
| 50621 | 14,084.51 |
| 50622 | 3,094.34 |
| 50624 | 10,396.75 |
| 50628 | 405.31 |
| 50629 | 71,030.47 |
| 50630 | 183.24 |
| 50631 | 1,428.00 |
| 50632 | 14,657.40 |
| 50639 | 1,354.01 |
| 50645 | 2,114,751.28 |
| 50646 | 37,608.72 |
| 50649 | 75,910.79 |
| 50650 | 53.13 |
| 50652 | 165.06 |
| 50655 | 47.52 |
| 50658 | 50.50 |
| 50659 | 240.90 |
| 50660 | 88.20 |
| 50661 | 21.60 |
| 50663 | 43.20 |
| 50665 | 120.45 |
| 50667 | 21.85 |
| 50668 | 21.60 |
| 50670 | 43.20 |
| 50671 | 21.60 |
| 50675 | 16,363.75 |
| 50676 | 33,364.38 |
| 50680 | 65,368.40 |
| 50681 | 253,929.05 |

## TIMELY, PROPERLY DOCUMENTED CLAIMS

**EXHIBIT B-1**

| Claim # | Recognized Losses |
|---|---|
| 50682 | 44,669.20 |
| 50683 | 36,340.25 |
| 50687 | 1,213.80 |
| 50688 | 4,227.50 |
| 50689 | 1,696.09 |
| 50691 | 20,151.36 |
| 50692 | 13,682.10 |
| 50693 | 38,177.28 |
| 50695 | 198,382.65 |
| 50696 | 64.60 |
| 50697 | 41,014.20 |
| 50698 | 5,321.00 |
| 50699 | 462.40 |
| 50700 | 261,250.00 |
| 50701 | 18,130.19 |
| 50702 | 48,777.69 |
| 50704 | 14,297.69 |
| 50706 | 2,172.60 |
| 50707 | 38,420.00 |
| 50708 | 2,040.00 |
| 50709 | 22,896.00 |
| 50710 | 188.00 |
| 50711 | 190.00 |
| 50713 | 45,600.00 |
| 50714 | 6,284.08 |
| 50715 | 743.74 |
| 50716 | 883.05 |
| 50717 | 1,061.80 |
| 50718 | 8,115.30 |
| 50719 | 843.51 |
| 50720 | 6,767.86 |
| 50721 | 2,296.15 |
| 50722 | 4,285.32 |
| 50724 | 8,840.00 |
| 50726 | 1,080.00 |
| 50727 | 34,312.32 |
| 50728 | 56,190.40 |
| 50731 | 31,937.60 |
| 50732 | 162,520.00 |
| 50733 | 123,664.80 |
| 50734 | 7,398.40 |
| 50735 | 128,677.50 |
| 50743 | 263,015.73 |
| 50744 | 4,349.99 |
| 50745 | 15,859.49 |
| 50746 | 213,461.20 |
| 50749 | 21,621.22 |
| 50750 | 8,900.27 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS** **EXHIBIT B-1**

| Claim # | Recognized Losses |
|---|---|
| 50753 | 102,783.34 |
| 50754 | 513,862.64 |
| 50762 | 3,840.00 |
| 50763 | 7,140.00 |
| 50764 | 680.00 |
| 50766 | 8,210.00 |
| 50768 | 302.00 |
| 50769 | 680.00 |
| 50771 | 14,990.25 |
| 50773 | 1,814.00 |
| 50778 | 6,993.16 |
| 50813 | 14,256.20 |
| 50815 | 7,969.60 |
| 50816 | 23,157.40 |
| 50817 | 1,119,084.24 |
| 50818 | 1,025,201.60 |
| 50819 | 39,130.60 |
| 50820 | 7,005.16 |
| 50821 | 4,370.00 |
| 50822 | 3,695.00 |
| 50823 | 227.90 |
| 50825 | 612.86 |
| 50826 | 12,395.00 |
| 50827 | 9,070.00 |
| 50828 | 17,272.33 |
| 50829 | 4,105.00 |
| 50832 | 446.96 |
| 50834 | 475.00 |
| 50837 | 14,995.42 |
| 50838 | 41,283.05 |
| 50839 | 41,904.23 |
| 50840 | 7,692.15 |
| 50841 | 737.93 |
| 50842 | 590.57 |
| 50849 | 4,345.00 |
| 50850 | 18,480.00 |
| 50851 | 46,345.00 |
| 50852 | 24,262.00 |
| 50853 | 27,167.00 |
| 50854 | 20,861.00 |
| 50855 | 7,709.00 |
| 50856 | 1,587.25 |
| 50857 | 4,897.80 |
| 50858 | 173.80 |
| 50859 | 173.80 |
| 50860 | 604.00 |
| 50861 | 3,212.00 |
| 50863 | 3,153.65 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**              **EXHIBIT B-1**

| Claim # | Recognized Losses |
|---|---|
| 50864 | 1,264.74 |
| 50865 | 2,560.00 |
| 50867 | 340.00 |
| 50868 | 678.00 |
| 50869 | 2,855.07 |
| 50870 | 623.76 |
| 50871 | 2,030.00 |
| 50872 | 1,651.10 |
| 50873 | 196.30 |
| 50874 | 184.22 |
| 50875 | 690.46 |
| 50876 | 1,356.00 |
| 50877 | 456.75 |
| 50878 | 218,500.00 |
| 50881 | 380.00 |
| 50882 | 25,800.00 |
| 50883 | 25,800.00 |
| 50885 | 5,510.00 |
| 50886 | 6,780.00 |
| 50887 | 4,550.25 |
| 50888 | 6,590.70 |
| 50889 | 3,446.60 |
| 50890 | 3,446.60 |
| 50892 | 1,020.00 |
| 50893 | 3,390.00 |
| 50894 | 1,753.00 |
| 50895 | 6,780.00 |
| 50896 | 339.00 |
| 50898 | 2,881.50 |
| 50899 | 393.52 |
| 50900 | 230.04 |
| 50901 | 21.85 |
| 50902 | 48.90 |
| 50903 | 821.00 |
| 50905 | 7,510.00 |
| 50906 | 2,185.00 |
| 50907 | 864.00 |
| 50908 | 869.00 |
| 50909 | 3,265.00 |
| 50910 | 2,607.00 |
| 50911 | 3,496.00 |
| 50912 | 9,070.00 |
| 50913 | 7,925.00 |
| 50914 | 4,105.00 |
| 50917 | 1,015.00 |
| 50918 | 2,470.00 |
| 50919 | 828.02 |
| 50921 | 9,500.00 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**                    **EXHIBIT B-1**

| Claim # | Recognized Losses |
|---|---|
| 50930 | 604.00 |
| 50934 | 4,361.00 |
| 50936 | 879.79 |
| 50939 | 2,667.22 |
| 50941 | 3,400.00 |
| 50942 | 3,434.00 |
| 50943 | 4,015.00 |
| 50947 | 19.18 |
| 50948 | 3.40 |
| 50951 | 2,172.50 |
| 50952 | 88,281.82 |
| 50953 | 13,560.00 |
| 50954 | 6,780.00 |
| 50955 | 34,000.00 |
| 50960 | 4,256.00 |
| 50985 | 217.98 |
| 50987 | 73,820.51 |
| 51000 | 161.69 |
| 51004 | 3,800.00 |
| 51006 | 9,500.00 |
| 51007 | 13,280.00 |
| 51008 | 380.00 |
| 51009 | 18,140.00 |
| 51011 | 44,123.24 |
| 51012 | 25,560.00 |
| 51013 | 17,000.00 |
| 51014 | 150,300.00 |
| 51015 | 20,400.00 |
| 51016 | 13,560.00 |
| 51017 | 5,870.00 |
| 51018 | 33,910.00 |
| 51023 | 27,425.00 |
| 51024 | 54,625.00 |
| 51025 | 59,600.00 |
| 51026 | 13,605.00 |
| 51027 | 40,030.00 |
| 51028 | 130,815.00 |
| 51029 | 6,780.00 |
| 51030 | 10,170.00 |
| 51031 | 16,150.00 |
| 51032 | 107,825.00 |
| 51035 | 23,060.00 |
| **Total** **954** | **$21,830,391.34** |