# EXHIBIT B-2

**LATE, PROPERLY DOCUMENTED CLAIMS**                    **EXHIBIT B-2**

| Claim # | Recognized Losses |
|---|---|
| 566 | 1,888.00 |
| 579 | 2,381.00 |
| 587 | 38.00 |
| 588 | 3,314.50 |
| 589 | 15,300.00 |
| 594 | 2,030.00 |
| 595 | 403.75 |
| 51036 | 241,678.86 |
| 51037 | 195,539.26 |
| **Total**   **9** | **$462,573.37** |