# EXHIBIT C

**EXHIBIT C**

Intrusion, Inc. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson Street - Suite 205
Media, PA  19063

Phone (866) 274-4004
Fax (610) 565-7985

Email: info@strategicclaims.net

## INELIGIBILITY NOTICE

**CONTROL#:**   104

**November 28, 2022**

**AcctNum:**

A review of your claim has revealed some incomplete or missing information.  Your claim in the above matter is not eligible for the following reason(s):

| Description: | Shares: |
| --- | --- |
| Please provide proof of your balance of Intrusion, Inc. common stock at the close of trading on November 24, 2021. | 500 |

**We strongly suggest you contact our office for any question or clarification you may have.  It is important that you contact us before any further action is taken in the event that a processing error has occurred.**

If you feel you received this notice in error and would like to contest our determination, please contact our office in writing no later than ten (10) calendar days after the date of this notice.   Please be sure to include your Control number as noted above, your reason for contesting our determination, and documentation supporting your reason. You can also contact our office at 1-866-274-4004 or info@strategicclaims.net.  If after contacting us, you still disagree with our determination, you can request in writing to Lead Counsel to review your claim.

When calling our office, please have ready the Control Number found at the top left hand corner of this form.

**IF YOU HAVE ALREADY RESPONDED TO OUR PREVIOUS CORRESPONDENCE, PLEASE CONTACT OUR OFFICE IMMEDIATELY!**

*Supporting documentation would be broker confirmation slips, monthly statements, 1099's, dividend reinvestment statements,  etc . . . for (1)  any transactions of Intrusion, Inc. ("Intrusion") common stock during the period from October 14, 2020 through November 24, 2021, inclusive; (2) proof of holdings of Intrusion common stock at the close of trading on October 13, 2020; and (3) proof of holding of Intrusion common stock at the close of trading on November 24, 2021.