# EXHIBIT D

**INADEQUATELY DOCUMENTED CLAIMS**                                              **EXHIBIT D**

| Claim # | Rejection Reason |
|---|---|
| 21 | INADEQUATELY DOCUMENTED CLAIM |
| 59 | INADEQUATELY DOCUMENTED CLAIM |
| 104 | INADEQUATELY DOCUMENTED CLAIM |
| 106 | INADEQUATELY DOCUMENTED CLAIM |
| 112 | INADEQUATELY DOCUMENTED CLAIM |
| 117 | INADEQUATELY DOCUMENTED CLAIM |
| 119 | INADEQUATELY DOCUMENTED CLAIM |
| 124 | INADEQUATELY DOCUMENTED CLAIM |
| 128 | INADEQUATELY DOCUMENTED CLAIM |
| 142 | INADEQUATELY DOCUMENTED CLAIM |
| 159 | INADEQUATELY DOCUMENTED CLAIM |
| 202 | INADEQUATELY DOCUMENTED CLAIM |
| 218 | INADEQUATELY DOCUMENTED CLAIM |
| 243 | INADEQUATELY DOCUMENTED CLAIM |
| 254 | INADEQUATELY DOCUMENTED CLAIM |
| 275 | INADEQUATELY DOCUMENTED CLAIM |
| 292 | INADEQUATELY DOCUMENTED CLAIM |
| 302 | INADEQUATELY DOCUMENTED CLAIM |
| 317 | INADEQUATELY DOCUMENTED CLAIM |
| 322 | INADEQUATELY DOCUMENTED CLAIM |
| 337 | INADEQUATELY DOCUMENTED CLAIM |
| 338 | INADEQUATELY DOCUMENTED CLAIM |
| 342 | INADEQUATELY DOCUMENTED CLAIM |
| 350 | INADEQUATELY DOCUMENTED CLAIM |
| 352 | INADEQUATELY DOCUMENTED CLAIM |
| 383 | INADEQUATELY DOCUMENTED CLAIM |
| 399 | INADEQUATELY DOCUMENTED CLAIM |
| 403 | INADEQUATELY DOCUMENTED CLAIM |
| 404 | INADEQUATELY DOCUMENTED CLAIM |
| 414 | INADEQUATELY DOCUMENTED CLAIM |
| 433 | INADEQUATELY DOCUMENTED CLAIM |
| 437 | INADEQUATELY DOCUMENTED CLAIM |
| 446 | INADEQUATELY DOCUMENTED CLAIM |
| 457 | INADEQUATELY DOCUMENTED CLAIM |
| 471 | INADEQUATELY DOCUMENTED CLAIM |
| 494 | INADEQUATELY DOCUMENTED CLAIM |
| 515 | INADEQUATELY DOCUMENTED CLAIM |
| 521 | INADEQUATELY DOCUMENTED CLAIM |
| 547 | INADEQUATELY DOCUMENTED CLAIM |
| 548 | INADEQUATELY DOCUMENTED CLAIM |

**Total**                                    **40**