# EXHIBIT E

# INELIGIBLE CLAIMS

# EXHIBIT E

| Claim # | Rejection Reason |
|---|---|
| 1 | FRAUDULENT CLAIM FILED |
| 8 | NO RECOGNIZED LOSSES |
| 9 | NO RECOGNIZED LOSSES |
| 14 | NO RECOGNIZED LOSSES |
| 15 | NO RECOGNIZED LOSSES |
| 22 | NO RECOGNIZED LOSSES |
| 36 | NO RECOGNIZED LOSSES |
| 54 | NO RECOGNIZED LOSSES |
| 102 | NO RECOGNIZED LOSSES |
| 105 | NO RECOGNIZED LOSSES |
| 107 | NO RECOGNIZED LOSSES |
| 108 | DUPLICATE CLAIM FILED |
| 118 | NO RECOGNIZED LOSSES |
| 121 | NO RECOGNIZED LOSSES |
| 127 | PURCHASED OUT OF CLASS PEIROD |
| 129 | NO RECOGNIZED LOSSES |
| 130 | NO RECOGNIZED LOSSES |
| 131 | NO RECOGNIZED LOSSES |
| 132 | NO RECOGNIZED LOSSES |
| 133 | PURCHASED OUT OF CLASS PEIROD |
| 134 | NO RECOGNIZED LOSSES |
| 138 | NO RECOGNIZED LOSSES |
| 139 | NO RECOGNIZED LOSSES |
| 140 | WRONG STOCK |
| 144 | NO RECOGNIZED LOSSES |
| 146 | NO RECOGNIZED LOSSES |
| 147 | NO RECOGNIZED LOSSES |
| 149 | NO RECOGNIZED LOSSES |
| 161 | NO RECOGNIZED LOSSES |
| 163 | NO RECOGNIZED LOSSES |
| 164 | NO RECOGNIZED LOSSES |
| 166 | PURCHASED OUT OF CLASS PEIROD |
| 171 | NO RECOGNIZED LOSSES |
| 172 | NO RECOGNIZED LOSSES |
| 173 | NO RECOGNIZED LOSSES |
| 176 | NO RECOGNIZED LOSSES |
| 180 | DUPLICATE CLAIM FILED |
| 182 | NO RECOGNIZED LOSSES |
| 187 | NO RECOGNIZED LOSSES |
| 190 | NO RECOGNIZED LOSSES |
| 211 | NO RECOGNIZED LOSSES |
| 212 | NO RECOGNIZED LOSSES |
| 217 | NO RECOGNIZED LOSSES |
| 223 | DUPLICATE CLAIM FILED |
| 226 | WRONG STOCK |
| 237 | NO RECOGNIZED LOSSES |
| 239 | NO RECOGNIZED LOSSES |
| 240 | DUPLICATE CLAIM FILED |

**INELIGIBLE CLAIMS**                                                         **EXHIBIT E**

| Claim # | Rejection Reason |
|---|---|
| 248 | NO RECOGNIZED LOSSES |
| 249 | NO RECOGNIZED LOSSES |
| 261 | NO RECOGNIZED LOSSES |
| 262 | NO RECOGNIZED LOSSES |
| 263 | NO RECOGNIZED LOSSES |
| 264 | NO RECOGNIZED LOSSES |
| 266 | NO RECOGNIZED LOSSES |
| 267 | NO RECOGNIZED LOSSES |
| 271 | NO RECOGNIZED LOSSES |
| 272 | NO RECOGNIZED LOSSES |
| 273 | NO RECOGNIZED LOSSES |
| 280 | NO RECOGNIZED LOSSES |
| 282 | NO RECOGNIZED LOSSES |
| 290 | NO RECOGNIZED LOSSES |
| 295 | DUPLICATE CLAIM FILED |
| 297 | NO RECOGNIZED LOSSES |
| 298 | NO RECOGNIZED LOSSES |
| 299 | NO RECOGNIZED LOSSES |
| 304 | NO RECOGNIZED LOSSES |
| 306 | NO RECOGNIZED LOSSES |
| 315 | PURCHASED OUT OF CLASS PEIROD |
| 318 | NO RECOGNIZED LOSSES |
| 320 | NO RECOGNIZED LOSSES |
| 321 | NO RECOGNIZED LOSSES |
| 323 | NO RECOGNIZED LOSSES |
| 328 | NO RECOGNIZED LOSSES |
| 329 | NO RECOGNIZED LOSSES |
| 331 | NO RECOGNIZED LOSSES |
| 332 | NO RECOGNIZED LOSSES |
| 335 | NO RECOGNIZED LOSSES |
| 343 | NO RECOGNIZED LOSSES |
| 346 | NO RECOGNIZED LOSSES |
| 347 | NO RECOGNIZED LOSSES |
| 349 | NO RECOGNIZED LOSSES |
| 351 | NO RECOGNIZED LOSSES |
| 354 | NO RECOGNIZED LOSSES |
| 356 | NO RECOGNIZED LOSSES |
| 361 | NO RECOGNIZED LOSSES |
| 365 | NO RECOGNIZED LOSSES |
| 367 | NO RECOGNIZED LOSSES |
| 369 | NO RECOGNIZED LOSSES |
| 371 | NO RECOGNIZED LOSSES |
| 373 | NO RECOGNIZED LOSSES |
| 374 | NO RECOGNIZED LOSSES |
| 381 | PURCHASED OUT OF CLASS PEIROD |
| 382 | PURCHASED OUT OF CLASS PEIROD |
| 385 | NO RECOGNIZED LOSSES |
| 387 | NO RECOGNIZED LOSSES |

**INELIGIBLE CLAIMS**                                                                                    **EXHIBIT E**

| Claim # | Rejection Reason |
|---|---|
| 388 | NO RECOGNIZED LOSSES |
| 390 | NO RECOGNIZED LOSSES |
| 391 | NO RECOGNIZED LOSSES |
| 393 | NO RECOGNIZED LOSSES |
| 397 | NO RECOGNIZED LOSSES |
| 398 | NO RECOGNIZED LOSSES |
| 401 | NO RECOGNIZED LOSSES |
| 407 | NO RECOGNIZED LOSSES |
| 409 | NO RECOGNIZED LOSSES |
| 411 | NO RECOGNIZED LOSSES |
| 415 | NO RECOGNIZED LOSSES |
| 416 | NO RECOGNIZED LOSSES |
| 417 | NO RECOGNIZED LOSSES |
| 418 | NO RECOGNIZED LOSSES |
| 420 | NO RECOGNIZED LOSSES |
| 423 | NO RECOGNIZED LOSSES |
| 426 | NO RECOGNIZED LOSSES |
| 429 | NO RECOGNIZED LOSSES |
| 431 | NO RECOGNIZED LOSSES |
| 436 | NO RECOGNIZED LOSSES |
| 443 | NO RECOGNIZED LOSSES |
| 444 | NO RECOGNIZED LOSSES |
| 445 | NO RECOGNIZED LOSSES |
| 448 | NO RECOGNIZED LOSSES |
| 451 | NO RECOGNIZED LOSSES |
| 453 | NO RECOGNIZED LOSSES |
| 459 | NO RECOGNIZED LOSSES |
| 466 | NO RECOGNIZED LOSSES |
| 467 | NO RECOGNIZED LOSSES |
| 470 | WRONG STOCK |
| 472 | NO RECOGNIZED LOSSES |
| 474 | NO RECOGNIZED LOSSES |
| 475 | NO RECOGNIZED LOSSES |
| 476 | NO RECOGNIZED LOSSES |
| 477 | NO RECOGNIZED LOSSES |
| 479 | NO RECOGNIZED LOSSES |
| 480 | NO RECOGNIZED LOSSES |
| 481 | NO RECOGNIZED LOSSES |
| 482 | NO RECOGNIZED LOSSES |
| 489 | NO RECOGNIZED LOSSES |
| 490 | NO RECOGNIZED LOSSES |
| 495 | PURCHASED OUT OF CLASS PEIROD |
| 496 | NO RECOGNIZED LOSSES |
| 497 | PURCHASED OUT OF CLASS PEIROD |
| 500 | NO RECOGNIZED LOSSES |
| 505 | NO RECOGNIZED LOSSES |
| 506 | NO RECOGNIZED LOSSES |
| 507 | NO RECOGNIZED LOSSES |

**INELIGIBLE CLAIMS**                                                    **EXHIBIT E**

| Claim # | Rejection Reason |
|---|---|
| 508 | NO RECOGNIZED LOSSES |
| 509 | NO RECOGNIZED LOSSES |
| 510 | NO RECOGNIZED LOSSES |
| 513 | NO RECOGNIZED LOSSES |
| 517 | NO RECOGNIZED LOSSES |
| 518 | NO RECOGNIZED LOSSES |
| 520 | NO RECOGNIZED LOSSES |
| 523 | NO RECOGNIZED LOSSES |
| 524 | NO RECOGNIZED LOSSES |
| 525 | NO RECOGNIZED LOSSES |
| 533 | DUPLICATE CLAIM FILED |
| 536 | NO RECOGNIZED LOSSES |
| 538 | NO RECOGNIZED LOSSES |
| 545 | NO RECOGNIZED LOSSES |
| 546 | NO RECOGNIZED LOSSES |
| 554 | NO RECOGNIZED LOSSES |
| 570 | NO RECOGNIZED LOSSES |
| 572 | NO RECOGNIZED LOSSES |
| 575 | DUPLICATE CLAIM FILED |
| 576 | NO RECOGNIZED LOSSES |
| 582 | PURCHASED OUT OF CLASS PEIROD |
| 583 | NO RECOGNIZED LOSSES |
| 586 | NO RECOGNIZED LOSSES |
| 590 | NO RECOGNIZED LOSSES |
| 592 | NO RECOGNIZED LOSSES |
| 593 | PURCHASED OUT OF CLASS PEIROD |
| 50000 | NO RECOGNIZED LOSSES |
| 50001 | NO RECOGNIZED LOSSES |
| 50002 | NO RECOGNIZED LOSSES |
| 50003 | NO RECOGNIZED LOSSES |
| 50004 | NO RECOGNIZED LOSSES |
| 50006 | NO RECOGNIZED LOSSES |
| 50007 | NO RECOGNIZED LOSSES |
| 50008 | SHARES SOLD SHORT |
| 50009 | NO RECOGNIZED LOSSES |
| 50010 | NO RECOGNIZED LOSSES |
| 50011 | NO RECOGNIZED LOSSES |
| 50012 | NO RECOGNIZED LOSSES |
| 50014 | NO RECOGNIZED LOSSES |
| 50015 | NO RECOGNIZED LOSSES |
| 50016 | NO RECOGNIZED LOSSES |
| 50017 | NO RECOGNIZED LOSSES |
| 50018 | NO RECOGNIZED LOSSES |
| 50020 | NO RECOGNIZED LOSSES |
| 50021 | NO RECOGNIZED LOSSES |
| 50025 | NO RECOGNIZED LOSSES |
| 50026 | NO RECOGNIZED LOSSES |
| 50028 | NO RECOGNIZED LOSSES |

**INELIGIBLE CLAIMS**

**EXHIBIT E**

| Claim # | Rejection Reason |
| --- | --- |
| 50029 | PURCHASED OUT OF CLASS PEIROD |
| 50030 | PURCHASED OUT OF CLASS PEIROD |
| 50031 | PURCHASED OUT OF CLASS PEIROD |
| 50032 | NO RECOGNIZED LOSSES |
| 50033 | NO RECOGNIZED LOSSES |
| 50034 | NO RECOGNIZED LOSSES |
| 50035 | NO RECOGNIZED LOSSES |
| 50036 | NO RECOGNIZED LOSSES |
| 50037 | NO RECOGNIZED LOSSES |
| 50038 | NO RECOGNIZED LOSSES |
| 50039 | NO RECOGNIZED LOSSES |
| 50040 | NO RECOGNIZED LOSSES |
| 50041 | PURCHASED OUT OF CLASS PEIROD |
| 50043 | NO RECOGNIZED LOSSES |
| 50044 | NO RECOGNIZED LOSSES |
| 50045 | NO RECOGNIZED LOSSES |
| 50046 | NO RECOGNIZED LOSSES |
| 50047 | NO RECOGNIZED LOSSES |
| 50048 | NO RECOGNIZED LOSSES |
| 50049 | PURCHASED OUT OF CLASS PEIROD |
| 50050 | NO RECOGNIZED LOSSES |
| 50051 | NO RECOGNIZED LOSSES |
| 50052 | SHARES SOLD SHORT |
| 50053 | PURCHASED OUT OF CLASS PEIROD |
| 50054 | NO RECOGNIZED LOSSES |
| 50055 | NO RECOGNIZED LOSSES |
| 50056 | NO RECOGNIZED LOSSES |
| 50058 | NO RECOGNIZED LOSSES |
| 50059 | NO RECOGNIZED LOSSES |
| 50060 | PURCHASED OUT OF CLASS PEIROD |
| 50061 | NO RECOGNIZED LOSSES |
| 50062 | NO RECOGNIZED LOSSES |
| 50063 | NO RECOGNIZED LOSSES |
| 50065 | PURCHASED OUT OF CLASS PEIROD |
| 50066 | NO RECOGNIZED LOSSES |
| 50067 | NO RECOGNIZED LOSSES |
| 50068 | NO RECOGNIZED LOSSES |
| 50070 | NO RECOGNIZED LOSSES |
| 50071 | SHARES SOLD SHORT |
| 50072 | NO RECOGNIZED LOSSES |
| 50073 | NO RECOGNIZED LOSSES |
| 50075 | NO RECOGNIZED LOSSES |
| 50076 | NO RECOGNIZED LOSSES |
| 50077 | NO RECOGNIZED LOSSES |
| 50078 | NO RECOGNIZED LOSSES |
| 50079 | NO RECOGNIZED LOSSES |
| 50080 | NO RECOGNIZED LOSSES |
| 50081 | NO RECOGNIZED LOSSES |

**INELIGIBLE CLAIMS**                                                           **EXHIBIT E**

| Claim # | Rejection Reason |
|---|---|
| 50082 | NO RECOGNIZED LOSSES |
| 50083 | NO RECOGNIZED LOSSES |
| 50084 | PURCHASED OUT OF CLASS PEIROD |
| 50085 | NO RECOGNIZED LOSSES |
| 50086 | NO RECOGNIZED LOSSES |
| 50087 | NO RECOGNIZED LOSSES |
| 50088 | NO RECOGNIZED LOSSES |
| 50089 | NO RECOGNIZED LOSSES |
| 50090 | PURCHASED OUT OF CLASS PEIROD |
| 50097 | NO RECOGNIZED LOSSES |
| 50098 | NO RECOGNIZED LOSSES |
| 50099 | NO RECOGNIZED LOSSES |
| 50100 | NO RECOGNIZED LOSSES |
| 50104 | NO RECOGNIZED LOSSES |
| 50105 | NO RECOGNIZED LOSSES |
| 50106 | NO RECOGNIZED LOSSES |
| 50107 | NO RECOGNIZED LOSSES |
| 50110 | NO RECOGNIZED LOSSES |
| 50112 | PURCHASED OUT OF CLASS PEIROD |
| 50113 | NO RECOGNIZED LOSSES |
| 50114 | NO RECOGNIZED LOSSES |
| 50115 | NO RECOGNIZED LOSSES |
| 50116 | NO RECOGNIZED LOSSES |
| 50117 | NO RECOGNIZED LOSSES |
| 50118 | NO RECOGNIZED LOSSES |
| 50119 | PURCHASED OUT OF CLASS PEIROD |
| 50120 | NO RECOGNIZED LOSSES |
| 50121 | NO RECOGNIZED LOSSES |
| 50122 | NO RECOGNIZED LOSSES |
| 50123 | NO RECOGNIZED LOSSES |
| 50124 | NO RECOGNIZED LOSSES |
| 50125 | NO RECOGNIZED LOSSES |
| 50126 | NO RECOGNIZED LOSSES |
| 50127 | NO RECOGNIZED LOSSES |
| 50128 | PURCHASED OUT OF CLASS PEIROD |
| 50129 | NO RECOGNIZED LOSSES |
| 50130 | NO RECOGNIZED LOSSES |
| 50131 | PURCHASED OUT OF CLASS PEIROD |
| 50132 | PURCHASED OUT OF CLASS PEIROD |
| 50133 | NO RECOGNIZED LOSSES |
| 50134 | NO RECOGNIZED LOSSES |
| 50135 | NO RECOGNIZED LOSSES |
| 50136 | NO RECOGNIZED LOSSES |
| 50137 | NO RECOGNIZED LOSSES |
| 50138 | NO RECOGNIZED LOSSES |
| 50139 | NO RECOGNIZED LOSSES |
| 50140 | NO RECOGNIZED LOSSES |
| 50141 | NO RECOGNIZED LOSSES |

INELIGIBLE CLAIMS

**EXHIBIT E**

| Claim # | Rejection Reason |
|---------|------------------|
| 50142 | NO RECOGNIZED LOSSES |
| 50143 | NO RECOGNIZED LOSSES |
| 50144 | NO RECOGNIZED LOSSES |
| 50145 | NO RECOGNIZED LOSSES |
| 50146 | NO RECOGNIZED LOSSES |
| 50147 | NO RECOGNIZED LOSSES |
| 50148 | NO RECOGNIZED LOSSES |
| 50149 | NO RECOGNIZED LOSSES |
| 50150 | NO RECOGNIZED LOSSES |
| 50151 | NO RECOGNIZED LOSSES |
| 50153 | NO RECOGNIZED LOSSES |
| 50154 | NO RECOGNIZED LOSSES |
| 50155 | NO RECOGNIZED LOSSES |
| 50156 | PURCHASED OUT OF CLASS PEIROD |
| 50157 | SHARES SOLD SHORT |
| 50158 | PURCHASED OUT OF CLASS PEIROD |
| 50160 | NO RECOGNIZED LOSSES |
| 50161 | NO RECOGNIZED LOSSES |
| 50162 | NO RECOGNIZED LOSSES |
| 50163 | NO RECOGNIZED LOSSES |
| 50164 | NO RECOGNIZED LOSSES |
| 50165 | SHARES SOLD SHORT |
| 50166 | NO RECOGNIZED LOSSES |
| 50167 | NO RECOGNIZED LOSSES |
| 50168 | NO RECOGNIZED LOSSES |
| 50169 | NO RECOGNIZED LOSSES |
| 50170 | NO RECOGNIZED LOSSES |
| 50171 | NO RECOGNIZED LOSSES |
| 50172 | SHARES SOLD SHORT |
| 50173 | NO RECOGNIZED LOSSES |
| 50174 | NO RECOGNIZED LOSSES |
| 50175 | SHARES SOLD SHORT |
| 50176 | NO RECOGNIZED LOSSES |
| 50178 | NO RECOGNIZED LOSSES |
| 50179 | NO RECOGNIZED LOSSES |
| 50180 | NO RECOGNIZED LOSSES |
| 50181 | NO RECOGNIZED LOSSES |
| 50182 | NO RECOGNIZED LOSSES |
| 50184 | NO RECOGNIZED LOSSES |
| 50185 | NO RECOGNIZED LOSSES |
| 50186 | NO RECOGNIZED LOSSES |
| 50187 | NO RECOGNIZED LOSSES |
| 50191 | SHARES SOLD SHORT |
| 50192 | SHARES SOLD SHORT |
| 50193 | SHARES SOLD SHORT |
| 50194 | SHARES SOLD SHORT |
| 50195 | SHARES SOLD SHORT |
| 50196 | SHARES SOLD SHORT |

**INELIGIBLE CLAIMS**

| Claim # | Rejection Reason |
|---|---|
| 50197 | NO RECOGNIZED LOSSES |
| 50198 | PURCHASED OUT OF CLASS PEIROD |
| 50199 | PURCHASED OUT OF CLASS PEIROD |
| 50200 | PURCHASED OUT OF CLASS PEIROD |
| 50201 | PURCHASED OUT OF CLASS PEIROD |
| 50202 | PURCHASED OUT OF CLASS PEIROD |
| 50203 | PURCHASED OUT OF CLASS PEIROD |
| 50211 | NO RECOGNIZED LOSSES |
| 50212 | NO RECOGNIZED LOSSES |
| 50213 | NO RECOGNIZED LOSSES |
| 50214 | NO RECOGNIZED LOSSES |
| 50215 | NO RECOGNIZED LOSSES |
| 50216 | NO RECOGNIZED LOSSES |
| 50217 | PURCHASED OUT OF CLASS PEIROD |
| 50219 | NO RECOGNIZED LOSSES |
| 50221 | NO RECOGNIZED LOSSES |
| 50223 | NO RECOGNIZED LOSSES |
| 50224 | PURCHASED OUT OF CLASS PEIROD |
| 50225 | NO RECOGNIZED LOSSES |
| 50227 | PURCHASED OUT OF CLASS PEIROD |
| 50228 | NO RECOGNIZED LOSSES |
| 50229 | NO RECOGNIZED LOSSES |
| 50230 | NO RECOGNIZED LOSSES |
| 50231 | SHARES NOT PURCHASED |
| 50232 | SHARES NOT PURCHASED |
| 50233 | NO RECOGNIZED LOSSES |
| 50234 | NO RECOGNIZED LOSSES |
| 50235 | NO RECOGNIZED LOSSES |
| 50240 | SHARES NOT PURCHASED |
| 50241 | SHARES NOT PURCHASED |
| 50242 | SHARES NOT PURCHASED |
| 50244 | PURCHASED OUT OF CLASS PEIROD |
| 50253 | PURCHASED OUT OF CLASS PEIROD |
| 50254 | PURCHASED OUT OF CLASS PEIROD |
| 50269 | DUPLICATE CLAIM FILED |
| 50277 | DUPLICATE CLAIM FILED |
| 50284 | DUPLICATE CLAIM FILED |
| 50287 | PURCHASED OUT OF CLASS PEIROD |
| 50312 | DUPLICATE CLAIM FILED |
| 50324 | PURCHASED OUT OF CLASS PEIROD |
| 50331 | DUPLICATE CLAIM FILED |
| 50353 | PURCHASED OUT OF CLASS PEIROD |
| 50380 | PURCHASED OUT OF CLASS PEIROD |
| 50396 | PURCHASED OUT OF CLASS PEIROD |
| 50397 | DUPLICATE CLAIM FILED |
| 50398 | DUPLICATE CLAIM FILED |
| 50399 | DUPLICATE CLAIM FILED |
| 50400 | DUPLICATE CLAIM FILED |

## INELIGIBLE CLAIMS

| Claim # | Rejection Reason |
|---|---|
| 50401 | DUPLICATE CLAIM FILED |
| 50402 | DUPLICATE CLAIM FILED |
| 50403 | DUPLICATE CLAIM FILED |
| 50405 | DUPLICATE CLAIM FILED |
| 50406 | DUPLICATE CLAIM FILED |
| 50407 | PURCHASED OUT OF CLASS PEIROD |
| 50418 | PURCHASED OUT OF CLASS PEIROD |
| 50426 | DUPLICATE CLAIM FILED |
| 50427 | DUPLICATE CLAIM FILED |
| 50428 | PURCHASED OUT OF CLASS PEIROD |
| 50429 | DUPLICATE CLAIM FILED |
| 50455 | PURCHASED OUT OF CLASS PEIROD |
| 50459 | DUPLICATE CLAIM FILED |
| 50461 | PURCHASED OUT OF CLASS PEIROD |
| 50462 | PURCHASED OUT OF CLASS PEIROD |
| 50463 | PURCHASED OUT OF CLASS PEIROD |
| 50464 | PURCHASED OUT OF CLASS PEIROD |
| 50465 | PURCHASED OUT OF CLASS PEIROD |
| 50466 | PURCHASED OUT OF CLASS PEIROD |
| 50467 | PURCHASED OUT OF CLASS PEIROD |
| 50498 | NO RECOGNIZED LOSSES |
| 50508 | DUPLICATE CLAIM FILED |
| 50510 | PURCHASED OUT OF CLASS PEIROD |
| 50511 | PURCHASED OUT OF CLASS PEIROD |
| 50520 | DUPLICATE CLAIM FILED |
| 50549 | DUPLICATE CLAIM FILED |
| 50566 | PURCHASED OUT OF CLASS PEIROD |
| 50574 | PURCHASED OUT OF CLASS PEIROD |
| 50576 | NO RECOGNIZED LOSSES |
| 50578 | PURCHASED OUT OF CLASS PEIROD |
| 50579 | NO RECOGNIZED LOSSES |
| 50581 | PURCHASED OUT OF CLASS PEIROD |
| 50582 | PURCHASED OUT OF CLASS PEIROD |
| 50583 | NO RECOGNIZED LOSSES |
| 50587 | NO RECOGNIZED LOSSES |
| 50588 | NO RECOGNIZED LOSSES |
| 50590 | PURCHASED OUT OF CLASS PEIROD |
| 50591 | NO RECOGNIZED LOSSES |
| 50594 | SHARES SOLD SHORT |
| 50597 | NO RECOGNIZED LOSSES |
| 50600 | NO RECOGNIZED LOSSES |
| 50601 | PURCHASED OUT OF CLASS PEIROD |
| 50606 | NO RECOGNIZED LOSSES |
| 50614 | NO RECOGNIZED LOSSES |
| 50617 | SHARES NOT PURCHASED |
| 50618 | NO RECOGNIZED LOSSES |
| 50623 | NO RECOGNIZED LOSSES |
| 50625 | PURCHASED OUT OF CLASS PEIROD |

**INELIGIBLE CLAIMS**

**EXHIBIT E**

| Claim # | Rejection Reason |
|---|---|
| 50626 | SHARES NOT PURCHASED |
| 50627 | SHARES NOT PURCHASED |
| 50633 | SHARES NOT PURCHASED |
| 50634 | SHARES NOT PURCHASED |
| 50635 | SHARES NOT PURCHASED |
| 50636 | SHARES NOT PURCHASED |
| 50637 | SHARES NOT PURCHASED |
| 50638 | PURCHASED OUT OF CLASS PEIROD |
| 50640 | NO RECOGNIZED LOSSES |
| 50641 | SHARES NOT PURCHASED |
| 50642 | SHARES NOT PURCHASED |
| 50643 | NO RECOGNIZED LOSSES |
| 50644 | PURCHASED OUT OF CLASS PEIROD |
| 50647 | SHARES NOT PURCHASED |
| 50648 | SHARES NOT PURCHASED |
| 50651 | PURCHASED OUT OF CLASS PEIROD |
| 50653 | NO RECOGNIZED LOSSES |
| 50654 | NO RECOGNIZED LOSSES |
| 50656 | NO RECOGNIZED LOSSES |
| 50657 | NO RECOGNIZED LOSSES |
| 50662 | NO RECOGNIZED LOSSES |
| 50664 | NO RECOGNIZED LOSSES |
| 50666 | NO RECOGNIZED LOSSES |
| 50669 | NO RECOGNIZED LOSSES |
| 50672 | NO RECOGNIZED LOSSES |
| 50673 | NO RECOGNIZED LOSSES |
| 50674 | NO RECOGNIZED LOSSES |
| 50677 | NO RECOGNIZED LOSSES |
| 50678 | NO RECOGNIZED LOSSES |
| 50679 | NO RECOGNIZED LOSSES |
| 50684 | PURCHASED OUT OF CLASS PEIROD |
| 50685 | SHARES NOT PURCHASED |
| 50686 | NO RECOGNIZED LOSSES |
| 50690 | NO RECOGNIZED LOSSES |
| 50694 | SHARES NOT PURCHASED |
| 50703 | PURCHASED OUT OF CLASS PEIROD |
| 50705 | NO RECOGNIZED LOSSES |
| 50712 | NO RECOGNIZED LOSSES |
| 50723 | NO RECOGNIZED LOSSES |
| 50725 | NO RECOGNIZED LOSSES |
| 50729 | NO RECOGNIZED LOSSES |
| 50730 | NO RECOGNIZED LOSSES |
| 50736 | NO RECOGNIZED LOSSES |
| 50737 | NO RECOGNIZED LOSSES |
| 50738 | NO RECOGNIZED LOSSES |
| 50739 | NO RECOGNIZED LOSSES |
| 50740 | NO RECOGNIZED LOSSES |
| 50741 | NO RECOGNIZED LOSSES |

**INELIGIBLE CLAIMS**

**EXHIBIT E**

| Claim # | Rejection Reason |
|---------|------------------|
| 50742 | NO RECOGNIZED LOSSES |
| 50747 | SHARES SOLD SHORT |
| 50748 | NO RECOGNIZED LOSSES |
| 50751 | NO RECOGNIZED LOSSES |
| 50752 | NO RECOGNIZED LOSSES |
| 50755 | NO RECOGNIZED LOSSES |
| 50756 | NO RECOGNIZED LOSSES |
| 50757 | NO RECOGNIZED LOSSES |
| 50758 | NO RECOGNIZED LOSSES |
| 50759 | NO RECOGNIZED LOSSES |
| 50760 | NO RECOGNIZED LOSSES |
| 50761 | NO RECOGNIZED LOSSES |
| 50765 | NO RECOGNIZED LOSSES |
| 50767 | PURCHASED OUT OF CLASS PEIROD |
| 50770 | PURCHASED OUT OF CLASS PEIROD |
| 50772 | NO RECOGNIZED LOSSES |
| 50774 | SHARES NOT PURCHASED |
| 50775 | NO RECOGNIZED LOSSES |
| 50776 | SHARES NOT PURCHASED |
| 50777 | NO RECOGNIZED LOSSES |
| 50779 | NO RECOGNIZED LOSSES |
| 50780 | NO RECOGNIZED LOSSES |
| 50781 | SHARES SOLD SHORT |
| 50782 | NO RECOGNIZED LOSSES |
| 50783 | NO RECOGNIZED LOSSES |
| 50784 | NO RECOGNIZED LOSSES |
| 50785 | NO RECOGNIZED LOSSES |
| 50786 | NO RECOGNIZED LOSSES |
| 50787 | NO RECOGNIZED LOSSES |
| 50788 | NO RECOGNIZED LOSSES |
| 50789 | PURCHASED OUT OF CLASS PEIROD |
| 50790 | PURCHASED OUT OF CLASS PEIROD |
| 50791 | PURCHASED OUT OF CLASS PEIROD |
| 50792 | PURCHASED OUT OF CLASS PEIROD |
| 50793 | PURCHASED OUT OF CLASS PEIROD |
| 50794 | PURCHASED OUT OF CLASS PEIROD |
| 50795 | PURCHASED OUT OF CLASS PEIROD |
| 50796 | PURCHASED OUT OF CLASS PEIROD |
| 50797 | PURCHASED OUT OF CLASS PEIROD |
| 50798 | PURCHASED OUT OF CLASS PEIROD |
| 50799 | PURCHASED OUT OF CLASS PEIROD |
| 50800 | PURCHASED OUT OF CLASS PEIROD |
| 50801 | PURCHASED OUT OF CLASS PEIROD |
| 50802 | PURCHASED OUT OF CLASS PEIROD |
| 50803 | PURCHASED OUT OF CLASS PEIROD |
| 50804 | PURCHASED OUT OF CLASS PEIROD |
| 50805 | PURCHASED OUT OF CLASS PEIROD |
| 50806 | PURCHASED OUT OF CLASS PEIROD |

**INELIGIBLE CLAIMS**                                                                                    **EXHIBIT E**

| Claim # | Rejection Reason |
|---|---|
| 50807 | PURCHASED OUT OF CLASS PEIROD |
| 50808 | PURCHASED OUT OF CLASS PEIROD |
| 50809 | NO RECOGNIZED LOSSES |
| 50810 | PURCHASED OUT OF CLASS PEIROD |
| 50811 | PURCHASED OUT OF CLASS PEIROD |
| 50812 | NO RECOGNIZED LOSSES |
| 50814 | PURCHASED OUT OF CLASS PEIROD |
| 50824 | NO RECOGNIZED LOSSES |
| 50830 | NO RECOGNIZED LOSSES |
| 50831 | PURCHASED OUT OF CLASS PEIROD |
| 50833 | NO RECOGNIZED LOSSES |
| 50835 | NO RECOGNIZED LOSSES |
| 50836 | PURCHASED OUT OF CLASS PEIROD |
| 50843 | NO RECOGNIZED LOSSES |
| 50844 | NO RECOGNIZED LOSSES |
| 50845 | NO RECOGNIZED LOSSES |
| 50846 | NO RECOGNIZED LOSSES |
| 50847 | NO RECOGNIZED LOSSES |
| 50848 | NO RECOGNIZED LOSSES |
| 50862 | NO RECOGNIZED LOSSES |
| 50866 | NO RECOGNIZED LOSSES |
| 50879 | NO RECOGNIZED LOSSES |
| 50880 | SHARES NOT PURCHASED |
| 50884 | NO RECOGNIZED LOSSES |
| 50891 | NO RECOGNIZED LOSSES |
| 50897 | NO RECOGNIZED LOSSES |
| 50904 | NO RECOGNIZED LOSSES |
| 50915 | SHARES NOT PURCHASED |
| 50916 | SHARES NOT PURCHASED |
| 50920 | NO RECOGNIZED LOSSES |
| 50922 | NO RECOGNIZED LOSSES |
| 50923 | SHARES NOT PURCHASED |
| 50924 | SHARES NOT PURCHASED |
| 50925 | NO RECOGNIZED LOSSES |
| 50926 | NO RECOGNIZED LOSSES |
| 50927 | NO RECOGNIZED LOSSES |
| 50928 | NO RECOGNIZED LOSSES |
| 50929 | NO RECOGNIZED LOSSES |
| 50931 | SHARES NOT PURCHASED |
| 50932 | PURCHASED OUT OF CLASS PEIROD |
| 50933 | NO RECOGNIZED LOSSES |
| 50935 | NO RECOGNIZED LOSSES |
| 50937 | NO RECOGNIZED LOSSES |
| 50938 | NO RECOGNIZED LOSSES |
| 50940 | SHARES NOT PURCHASED |
| 50944 | NO RECOGNIZED LOSSES |
| 50945 | NO RECOGNIZED LOSSES |
| 50946 | NO RECOGNIZED LOSSES |

# INELIGIBLE CLAIMS

**EXHIBIT E**

| Claim # | Rejection Reason |
|---|---|
| 50949 | PURCHASED OUT OF CLASS PEIROD |
| 50950 | NO RECOGNIZED LOSSES |
| 50956 | PURCHASED OUT OF CLASS PEIROD |
| 50957 | NO RECOGNIZED LOSSES |
| 50958 | NO RECOGNIZED LOSSES |
| 50959 | NO RECOGNIZED LOSSES |
| 50961 | NO RECOGNIZED LOSSES |
| 50962 | NO RECOGNIZED LOSSES |
| 50963 | NO RECOGNIZED LOSSES |
| 50964 | NO RECOGNIZED LOSSES |
| 50965 | NO RECOGNIZED LOSSES |
| 50966 | PURCHASED OUT OF CLASS PEIROD |
| 50967 | NO RECOGNIZED LOSSES |
| 50968 | PURCHASED OUT OF CLASS PEIROD |
| 50969 | SHARES NOT PURCHASED |
| 50970 | NO RECOGNIZED LOSSES |
| 50971 | SHARES NOT PURCHASED |
| 50972 | SHARES NOT PURCHASED |
| 50973 | SHARES NOT PURCHASED |
| 50974 | NO RECOGNIZED LOSSES |
| 50975 | SHARES NOT PURCHASED |
| 50976 | NO RECOGNIZED LOSSES |
| 50977 | SHARES NOT PURCHASED |
| 50978 | NO RECOGNIZED LOSSES |
| 50979 | NO RECOGNIZED LOSSES |
| 50980 | SHARES NOT PURCHASED |
| 50981 | SHARES NOT PURCHASED |
| 50982 | SHARES NOT PURCHASED |
| 50983 | SHARES NOT PURCHASED |
| 50984 | NO RECOGNIZED LOSSES |
| 50986 | NO RECOGNIZED LOSSES |
| 50988 | SHARES NOT PURCHASED |
| 50989 | SHARES NOT PURCHASED |
| 50990 | NO RECOGNIZED LOSSES |
| 50991 | NO RECOGNIZED LOSSES |
| 50992 | SHARES NOT PURCHASED |
| 50993 | NO RECOGNIZED LOSSES |
| 50994 | SHARES NOT PURCHASED |
| 50995 | SHARES NOT PURCHASED |
| 50996 | NO RECOGNIZED LOSSES |
| 50997 | PURCHASED OUT OF CLASS PEIROD |
| 50998 | PURCHASED OUT OF CLASS PEIROD |
| 50999 | SHARES NOT PURCHASED |
| 51001 | NO RECOGNIZED LOSSES |
| 51002 | NO RECOGNIZED LOSSES |
| 51003 | NO RECOGNIZED LOSSES |
| 51005 | PURCHASED OUT OF CLASS PEIROD |
| 51010 | PURCHASED OUT OF CLASS PEIROD |

**INELIGIBLE CLAIMS**                                        **EXHIBIT E**

| Claim # | Rejection Reason |
|---------|-----------------|
| 51019 | NO RECOGNIZED LOSSES |
| 51020 | NO RECOGNIZED LOSSES |
| 51021 | PURCHASED OUT OF CLASS PEIROD |
| 51022 | NO RECOGNIZED LOSSES |
| 51033 | PURCHASED OUT OF CLASS PEIROD |
| 51034 | PURCHASED OUT OF CLASS PEIROD |
| 51038 | NO RECOGNIZED LOSSES |

**Total**                                              **631**